AAS:DKK
F.# 2017R05903

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

HUAWEI TECHNOLOGIES CO.,
    LTD., ET AL.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

CR 18-00457 (S-2) (AMD)

        Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney David K. Kessler, for an order: (1) allowing the government to file a redacted version of the superseding indictment in this case and (2) unsealing that redacted version of the superseding indictment.

        WHEREFORE, it is ordered that the government be permitted to file its proposed redacted version of the superseding indictment and that the proposed redacted indictment be unsealed for all purposes.

        WHEREFORE, it is further ordered that this matter, and all documents filed in it, remain sealed in all other respects.

Dated:   Brooklyn, New York
          January 28, 2019

                                      S/Ann M. Donnelly
                                      _____
                                      HONORABLE ANN M. DONNELLY
                                      UNITED STATES DISTRICT JUDGE
                                      EASTERN DISTRICT OF NEW YORK