UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD., et al.,<br><br>Defendants. | Case No. 18 Cr. 457 (AMD)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that David Bitkower, of Jenner & Block LLP, hereby respectfully enters his appearance as counsel of record in the above-captioned action for and on behalf of Defendants Huawei Technologies Co., Ltd. and Huawei Device USA Inc. The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices, and other court documents in this proceeding to the undersigned counsel.

Dated: Washington, D.C,
       March 8, 2019

                                                      JENNER & BLOCK LLP

                                                      By: /s/ David Bitkower
                                                          David Bitkower
                                                          1099 New York Avenue, NW
                                                          Suite 900
                                                          Washington, D.C. 20001-4412
                                                          Tel: 202-639-6048
                                                          Fax: 202-639-6066
                                                          Email: dbitkower@jenner.com

                                                   *Counsel for Defendants Huawei Technologies*
                                                   *Co., Ltd. and Huawei Device USA Inc.*