UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD., et al.,<br><br>Defendants. | **CORPORATE DISCLOSURE STATEMENT**<br><br>No. 18 Cr. 457 (S-2) (AMD) |

Pursuant to Fed. R. Crim. P. 12.4, Defendants Huawei Technologies Co., Ltd. and Huawei Device USA Inc. file this Corporate Disclosure Statement as follows:

1.  Huawei Technologies Co., Ltd.'s direct parent corporation is Huawei Investment & Holding Co., Ltd. (China). Huawei Investment & Holding Co., Ltd. has no parent corporation, and no publicly-held corporation owns 10% or more of its stock.

2.  Huawei Device USA Inc.'s direct parent corporation is Huawei Device Co., Ltd. (Hong Kong). Huawei Device Co., Ltd. (Hong Kong)'s direct parent corporation is Huawei Device Co., Ltd. (China). Huawei Device Co., Ltd. (China)'s direct parent corporations are Huawei Investment & Holding Co., Ltd., Huawei Technologies Co., Ltd., and Huawei Tech. Investment Co., Ltd. (Hong Kong). Huawei Tech. Investment Co., Ltd.'s direct parent corporation is also Huawei Technologies Co., Ltd. Huawei Investment & Holding Co., Ltd. has no parent corporation, and no publicly-held corporation owns 10% or more of its stock.

Dated: Washington, D.C.
       March 22, 2019

| SIDLEY AUSTIN LLP | JENNER & BLOCK LLP |
|---|---|
| By: /s/ James M. Cole | By: /s/ David Bitkower |
| James M. Cole | David Bitkower |
| 1501 K Street, NW | 1099 New York Avenue, NW, Suite 900 |
| Washington, D.C. 20005 | Washington, D.C. 20001-4412 |
| Tel: 202-736-8246 | Tel: 202-639-6048 |
| Email: jcole@sidley.com | Email: dbitkower@jenner.com |
| | *Counsel for Defendants Huawei Technologies Co., Ltd. and Huawei Device USA Inc.* |
| Michael A. Levy | |
| 787 Seventh Avenue | |
| New York, NY 10019 | |
| Tel.: 212-839-5300 | |
| Email: mlevy@sidley.com | |
| *Counsel for Defendants Huawei Technologies Co., Ltd. and Huawei Device USA Inc.* | |