UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                                           18-CR-457 (S-2) (AMD)

HUAWEI TECHNOLOGIES CO., LTD.,
et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Assistant United States Attorney Kaitlin T. Farrell from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

        Assistant U.S. Attorney Kaitlin T. Farrell
        United States Attorney's Office (Criminal Division)
        271 A Cadman Plaza East
        Brooklyn, New York 11201
        Tel:  (718) 254-6072
        Fax:  (718) 254-7499
        Email: kaitlin.farrell@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Kaitlin T. Farrell at the email address set forth above.

Dated: Brooklyn, New York
March 22, 2019

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By: /s/ Kaitlin T. Farrell
Kaitlin T. Farrell
Assistant U.S. Attorney

cc: Clerk of the Court (AMD)