UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | N O T I C E |
| - against - | 18-CR-457 (S-2)(AMD) |
| HUAWEI TECHNOLOGIES CO., LTD., | |
| Defendant. | |

- - - - - - - - - - - - - - - X

NOTICE OF INTENT TO USE FOREIGN
INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States, through its attorney Richard P. Donoghue, United States Attorney for the Eastern District of New York, hereby provides notice to defendant HUAWEI TECHNOLOGIES CO., LTD, and to the Court, that pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance and physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 ("FISA"), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

Dated:     April 3, 2019
               Brooklyn, New York

                                              Respectfully submitted,

                                              RICHARD P. DONOGHUE
                                              United States Attorney

                             By:     /s/ Alexander A. Solomon
                                              Alexander A. Solomon
                                              David K. Kessler
                                              Julia Nestor
                                              Kaitlin T. Farrell
                                              Sarah M. Evans
                                              Assistant U.S. Attorneys
                                              (718) 254-7000


cc:     Clerk of Court (AMD) (by ECF and hand)
              All defense counsel (by ECF)