UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD., et al.,<br><br>Defendants. | Case No. 18 Cr. 457 (AMD)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that James M. Cole, of Sidley Austin LLP, hereby respectfully enters his appearance as counsel of record in the above-captioned action for and on behalf of Defendants Huawei Technologies Co., Ltd. and Huawei Device USA Inc.  The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated:  New York, New York
April 8, 2019

SIDLEY AUSTIN LLP

By:  _/s/ James M. Cole_
James M. Cole (admitted *Pro Hac Vice*)
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8246
Facsimile:  (202) 736-8711
Email:  jcole@sidley.com

*Counsel for Defendants Huawei Technologies Co., Ltd. and Huawei Device USA Inc.*