

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DKK
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

<u>By ECF</u>

June 18, 2019

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: <u>United States v. Huawei Technologies Co., Ltd., et al.</u>
           <u>Criminal Docket No. 18-00457 (AMD)</u>

Dear Judge Donnelly:

    Pursuant to the Court's June 18, 2019, order, the government respectfully submits an amended, redacted version of the government's Motion to Disqualify James M. Cole, Esq.

                      Very truly yours,

                      RICHARD P. DONOGHUE
                      United States Attorney
                      Eastern District of New York

          By:     <u>/s/ David K. Kessler</u>
                  Alexander A. Solomon
                  Julia Nestor
                  David K. Kessler
                  Kaitlin T. Farrell
                  Sarah M. Evans
                  Assistant U.S. Attorneys

| | |
|---|---|
| DEBORAH L. CONNOR | JAY I. BRATT |
| Chief | Chief |
| Money Laundering and Asset Recovery Section | Counterintelligence and Export Control Section |
| Criminal Division | National Security Division |
| U.S. Department of Justice | U.S. Department of Justice |
| | |
| Laura M. Billings | Thea D. R. Kendler |
| Christian J. Nauvel | David Lim |
| Trial Attorneys | Trial Attorneys |