

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS:JN/DKK
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 18, 2019

By Email and ECF

James M. Cole
Michael Levy
Joan M. Loughnane
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Jenner & Block LLP

    Re: United States v. Huawei Technologies Co., Ltd., et al.
       Criminal Docket No. 18-457 (S-2) (AMD)

Dear Counsel:

    Enclosed please find the government's second production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This discovery supplements the government's previous production on June 11, 2019.  The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019.  See ECF Docket Entry No. 57.  The government also requests reciprocal discovery from the defendant.

I.      The Government's Discovery

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Buddecomm Report: Iran Telecoms, Mobile and Broadband Statistics and Analyses | Discovery Materials ("DM") | DOJ_HUAWEI_B_0000000812-854 |
| Document from LinkedIn | DM | DOJ_HUAWEI_B_0000000855-856 |
| Huawei Technologies Co., Ltd. ("Huawei") Employment Agreements | DM | DOJ_HUAWEI_B_0000000857-915 |
| Huawei Production to the Department of Commerce | DM | DOJ_HUAWEI_B_0000000916-2925 |
| News Articles | DM | DOJ_HUAWEI_B_0000002926-2951 |
| Shipping Records and Related Documents | DM | DOJ_HUAWEI_B_0000002952-3260 |
| Huawei Presentations to the Department of Commerce | DM | DOJ_HUAWEI_B_0000003261-3294 |
| Translations of Speeches[1] | DM | DOJ_HUAWEI_B_0000003295-3316 |
| Redacted Report of July 11, 2007 Interview | DM | DOJ_HUAWEI_B_0000003317-3327 |

---

[1] Any translations produced are in their draft form. The government will provide final translations of any documents it may use as trial exhibits in advance of trial.

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Huawei letter to the Department of Commerce, Dated June 29, 2017 | DM | DOJ_HUAWEI_B_0000003328-3400 |
| Huawei and Huawei Investment & Holding Co., Ltd. Annual Reports 2006-2017 | DM | DOJ_HUAWEI_B_0000003401-4597 |
| Travel Records for Defendant Wanzhou Meng | DM | DOJ_HUAWEI_B_0000004598-4622 |
| Other Travel Records | Sensitive Discovery Material ("SDM") | DOJ_HUAWEI_B_0000004623-4706 |
| Corporate Document dated August 25, 2011 | DM | DOJ_HUAWEI_B_0000004707-4715 |
| Financial Institution Documents, Including Customer Account Information, Written Correspondence and Transactional Data | DM/SDM[2] | DOJ_HUAWEI_A_0000055657-766047 |

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:  /s/ Julia Nestor
Alexander A. Solomon
Julia Nestor
David K. Kessler
Kaitlin Farrell
Sarah Evans
Assistant United States Attorneys
(718) 254-7000

---

[2] Attached hereto is a chart including the financial institution documents marked as SDM.

                DEBORAH L. CONNOR
                Chief, Money Laundering and Asset
                Recovery Section, Criminal Division
                U.S. Department of Justice

By:   /s/ Laura Billings
       Laura Billings
       Christian J. Nauvel
       Trial Attorneys

       JAY I. BRATT
       Chief, Counterintelligence and Export
       Control Section
       National Security Division, U.S. Department
       of Justice

By:   /s/ Thea D. R. Kendler
       Thea D. R. Kendler
       David Lim
       Trial Attorneys

Enclosures

cc:    Clerk of the Court (AMD) (by ECF) (with Attachment/without Enclosures)