

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS:SME
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 21, 2019

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Huawei Technologies Co., Ltd., et al.
              Criminal Docket No. 18-457 (S-2) (AMD)

Dear Judge Donnelly:

      On June 18, 2019, the government submitted a sealed, ex parte letter, together with a sealed, ex parte and classified supplemental letter, requesting an order authorizing the government to delay the production of certain discovery materials pursuant to Federal Rule of Criminal Procedure Rule 16(d)(1). On June 20, 2019, the Court issued that protective order under seal. The government respectfully requests that the Court file the protective order on the public docket. However, for the reasons articulated in the letter and supplement, the government requests that the Court maintain the government's ex parte letter application and classified supplement under seal.

                          Respectfully submitted,

                          RICHARD P. DONOGHUE
                          United States Attorney

           By:    /s/ Sarah M. Evans
                    Alexander A. Solomon
                    Julia Nestor
                    David K. Kessler
                    Kaitlin T. Farrell
                    Sarah M. Evans
                    Assistant U.S. Attorneys
                    (718) 254-7000