

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DKK/JN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 30, 2019

By Email and ECF

James M. Cole
Michael Levy
Joan M. Loughnane
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Jenner & Block LLP

    Re: United States v. Huawei Technologies Co., Ltd., et al.
       Criminal Docket No. 18-457 (S-2) (AMD)

Dear Counsel:

    Enclosed please find the government's fifth production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This discovery supplements the government's previous productions.  The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019.  See ECF Docket Entry No. 57.  The government also requests reciprocal discovery from the defendant.

I. The Government's Discovery

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| 2011 Report from the Government Accountability Office | Discovery Material ("DM") | DOJ_HUAWEI_B_0000005219-DOJ_HUAWEI_B_0000005233 |
| August 17, 2009 Statement by the Embassy of the People's Republic of China in Iran | DM | DOJ_HUAWEI_B_0000005234-DOJ_HUAWEI_B_0000005235 |
| Financial Institution Documents related to Mauritius | DM | DOJ_HUAWEI_B_0000005236-DOJ_HUAWEI_B_0000005310 |
| Travel Records | DM | DOJ_HUAWEI_B_0000005311-DOJ_HUAWEI_B_0000005354 |
| Statements of the Defendant on or about July 24, 2019 | DM | DOJ_HUAWEI_B_0000005355-DOJ_HUAWEI_B_0000005372 |

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/ David K. Kessler
      Alexander A. Solomon
      Julia Nestor
      David K. Kessler
      Kaitlin Farrell
      Sarah Evans
      Assistant United States Attorneys
      (718) 254-7000

DEBORAH L. CONNOR
Chief, Money Laundering and Asset Recovery Section, Criminal Division
U.S. Department of Justice

          By:    /s/ Laura Billings
                 Laura Billings
                 Christian J. Nauvel
                 Trial Attorneys

                 JAY I. BRATT
                 Chief, Counterintelligence and Export Control Section
                 National Security Division, U.S. Department of Justice

          By:    /s/ Thea D. R. Kendler
                 Thea D. R. Kendler
                 David Lim
                 Trial Attorneys

Enclosures

cc:    Clerk of the Court (AMD) (by ECF) (without Enclosures)