

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DKK
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 2, 2019

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Huawei Technologies Co., Ltd., et al.
                 Criminal Docket No. 18-00457 (AMD)

Dear Judge Donnelly:

      Earlier today, the government submitted a classified, ex parte brief in further support of the government's Motion to Disqualify James M. Cole, Esq. (the "Reply"). The government will also submit proposed, redacted versions of the Reply for filing on the public docket and for providing to the defendants.

                                   Very truly yours,

                                     RICHARD P. DONOGHUE
                                     United States Attorney
                                     Eastern District of New York

                By:      /s/ David K. Kessler
                         Alexander A. Solomon
                         Julia Nestor
                         David K. Kessler
                         Kaitlin T. Farrell
                         Sarah M. Evans
                         Assistant U.S. Attorneys

| | |
|---|---|
| DEBORAH L. CONNOR<br>Chief<br>Money Laundering and Asset Recovery Section<br>Criminal Division<br>U.S. Department of Justice | JAY I. BRATT<br>Chief<br>Counterintelligence and Export Control Section<br>National Security Division<br>U.S. Department of Justice |
| Laura M. Billings<br>Christian J. Nauvel<br>Trial Attorneys | Thea D. R. Kendler<br>David Lim<br>Trial Attorneys |