**SIDLEY**                                                **JENNER&BLOCK** LLP

August 29, 2019

VIA ECF

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, NY 11201

Re:   *United States v. Huawei Technologies Co., Ltd., et al.*, 18 CR 457 (S-2)(AMD); <u>Government's Application for Designation of Sensitive Discovery Materials</u>

Dear Judge Donnelly:

      On behalf of Huawei Technologies Co., Ltd. and Huawei Device USA Inc. (collectively, "Defendants"), we write to inform the Court that Defendants do not seek leave to file a surreply in support of their Opposition to the Government's Application for Designation of Sensitive Discovery Materials. *See* Opposition at 7 n.13 (reserving right to seek leave to file surreply).

      Defendants respectfully request that the Court allow oral argument on the Application. The Application presents the parties' first contested discovery dispute and oral argument may aid the Court in providing guidance regarding the recurring issue of discovery designations. Defendants propose that the parties address the Application at the September 4, 2019 status conference.

*United States v. Huawei Technologies Co., Ltd., et al., 18 CR 457*
August 29, 2019
Page 2

Respectfully submitted,

/s/ James M. Cole
James M. Cole
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, D.C. 20005
Tel: 202-736-8246
Email: jcole@sidley.com

Michael A. Levy
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel.: 212-839-5300
Email: mlevy@sidley.com

/s/ David Bitkower
David Bitkower
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, D.C. 20001
Tel: 202-639-6048
Email: dbitkower@jenner.com

*Counsel for Defendants Huawei Technologies Co., Ltd. and Huawei Device USA Inc.*

cc: Government counsel (by ECF)