

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| AAS:DKK | *271 Cadman Plaza East* |
| F. #2017R05903 | *Brooklyn, New York 11201* |

By ECF

September 3, 2019

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    United States v. Huawei Technologies Co., Ltd., et al.
                  Criminal Docket No. 18-00457 (AMD)

Dear Judge Donnelly:

      Oral argument on the government's Motion to Disqualify James M. Cole, Esq., is scheduled for September 4, 2019. Should the Court, the government or Cole wish to address the contents of the government's classified filings or make arguments that implicate classified information, the government will move to close the courtroom for that portion of the argument. See, e.g., United States v. Alcantara, 396 F.3d 189 (2d Cir. 2005); United States v. Aref, 533 F.3d 72, 82 (2d Cir. 2008).

                                  Very truly yours,

                                    RICHARD P. DONOGHUE
                                    United States Attorney
                                    Eastern District of New York

                   By:      /s/ David K. Kessler
                          Alexander A. Solomon
                          Julia Nestor
                          David K. Kessler
                          Kaitlin T. Farrell
                          Sarah M. Evans
                          Assistant U.S. Attorneys

| | |
|---|---|
| DEBORAH L. CONNOR | JAY I. BRATT |
| Chief | Chief |
| Money Laundering and Asset Recovery Section | Counterintelligence and Export Control Section |
| Criminal Division | National Security Division |
| U.S. Department of Justice | U.S. Department of Justice |
| | |
| Laura M. Billings | Thea D. R. Kendler |
| Christian J. Nauvel | David Lim |
| Trial Attorneys | Trial Attorneys |