

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

JN/DKK
F. #2017R05903

*271 Cadman Plaza East
Brooklyn, New York 11201*

September 25, 2019

<u>By Email and ECF</u>

James M. Cole
Michael Levy
Joan M. Loughnane
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Jenner & Block LLP

    Re:  United States v. Huawei Technologies Co., Ltd., et al.
       <u>Criminal Docket No. 18-457 (S-2) (AMD)</u>

Dear Counsel:

    Enclosed please find the government's tenth production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019. <u>See</u> ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendant.

I.   The Government's Discovery

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Financial Institution Documents, Including Customer Account Information, and Written Correspondence | Discovery Material and Sensitive Discovery Material ("SDM")[1] | DOJ_HUAWEI_A_0001005037- DOJ_HUAWEI_A_0001098912 |

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:  /s/ Julia Nestor
Alexander A. Solomon
Julia Nestor
David K. Kessler
Kaitlin Farrell
Sarah Evans
Assistant United States Attorneys
(718) 254-7000

DEBORAH L. CONNOR
Chief, Money Laundering and Asset
Recovery Section, Criminal Division
U.S. Department of Justice

---

[1] Attached hereto is a chart including the financial institution documents marked as SDM.

        By: /s/ Laura Billings
           Laura Billings
           Christian J. Nauvel
           Trial Attorneys

           JAY I. BRATT
           Chief, Counterintelligence and Export
           Control Section
           National Security Division, U.S. Department
           of Justice

        By: /s/ Thea D. R. Kendler
           Thea D. R. Kendler
           David Lim
           Trial Attorneys

Enclosures

cc: Clerk of the Court (AMD) (by ECF) (with Attachment/without Enclosures)