

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JN/DKK
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 10, 2019

<u>By Email and ECF</u>

James M. Cole
Michael Levy
Joan M. Loughnane
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Jenner & Block LLP

Re:     United States v. Huawei Technologies Co., Ltd., et al.
        <u>Criminal Docket No. 18-457 (S-2) (AMD)</u>

Dear Counsel:

Enclosed please find the government's eleventh production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019. <u>See</u> ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendant.

I.    The Government's Discovery

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Financial Institution Documents, Including Customer Account Information, and Written Correspondence | Discovery Material | DOJ_HUAWEI_A_0001098913-DOJ_HUAWEI_A_0001331015 |
| Financial Institution Documents, Including Customer Account Information, and Written Correspondence | Sensitive Discovery Material ("SDM") | DOJ_HUAWEI_A_0001365244-DOJ_HUAWEI_A_0001369957 |
| Communications related to Huawei Employees in Iran | Discovery Material | DOJ_HUAWEI_A_0001331016-DOJ_HUAWEI_A_0001365243 |
| Communications related to Huawei Employees in Iran | SDM | DOJ_HUAWEI_A_0001369958-DOJ_HUAWEI_A_0001385100 |

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:    /s/ Julia Nestor
       Alexander A. Solomon
       Julia Nestor
       David K. Kessler
       Kaitlin Farrell
       Sarah Evans
       Assistant United States Attorneys
       (718) 254-7000

DEBORAH L. CONNOR
Chief, Money Laundering and Asset
Recovery Section, Criminal Division
U.S. Department of Justice

By: /s/ Laura Billings
Laura Billings
Christian J. Nauvel
Trial Attorneys

JAY I. BRATT
Chief, Counterintelligence and Export
Control Section
National Security Division, U.S. Department
of Justice

By: /s/ Thea D. R. Kendler
Thea D. R. Kendler
David Lim
Trial Attorneys

cc: Clerk of the Court (AMD) (by ECF) (without Enclosures)