

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JN/DKK                                        *271 Cadman Plaza East*
F. #2017R05903                      *Brooklyn, New York 11201*

October 25, 2019

<u>By Email and ECF</u>

James M. Cole
Michael Levy
Joan M. Loughnane
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Jenner & Block LLP

                 Re:      United States v. Huawei Technologies Co., Ltd., et al.
                               <u>Criminal Docket No. 18-457 (S-2) (AMD)</u>

Dear Counsel:

         Enclosed please find the government's twelfth production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019. <u>See</u> ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendant.

I. <u>The Government's Discovery</u>

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Financial Institution Documents, Including Customer Account Information, and Written Correspondence | Discovery Material | DOJ_HUAWEI_A_0001385101-DOJ_HUAWEI_A_0001387751<br><br>DOJ_HUAWEI_A_0001428207-DOJ_HUAWEI_A_0001440473 |
| Financial Institution Documents, Including Customer Account Information, and Written Correspondence | Sensitive Discovery Material ("SDM") | DOJ_HUAWEI_A_0001441325-DOJ_HUAWEI_A_0001444845 |
| Communications related to Huawei Employees in Iran | Discovery Material | DOJ_HUAWEI_A_0001387752-DOJ_HUAWEI_A_0001428206 |
| Communications related to Huawei Employees in Iran | SDM | DOJ_HUAWEI_A_0001444846-DOJ_HUAWEI_A_0001451568 |
| Documents related to export compliance | Discovery Materials | DOJ_HUAWEI_A_0001440474-DOJ_HUAWEI_A_0001441324 |

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/ Julia Nestor
Alexander A. Solomon
Julia Nestor
David K. Kessler
Kaitlin Farrell
Sarah Evans
Assistant United States Attorneys
(718) 254-7000

        DEBORAH L. CONNOR
Chief, Money Laundering and Asset Recovery Section, Criminal Division
U.S. Department of Justice

By: /s/ Laura Billings
    Laura Billings
    Christian J. Nauvel
    Trial Attorneys

JAY I. BRATT
Chief, Counterintelligence and Export Control Section
National Security Division, U.S. Department of Justice

By: /s/ Thea D. R. Kendler
    Thea D. R. Kendler
    David Lim
    Trial Attorneys

cc: Clerk of the Court (AMD) (by ECF) (without Enclosures)