

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JN/DKK                                  *271 Cadman Plaza East*
F. #2017R05903                          *Brooklyn, New York 11201*

November 12, 2019

<u>By Email and ECF</u>

James M. Cole
Michael Levy
Joan M. Loughnane
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Jenner & Block LLP

> Re:     United States v. Huawei Technologies Co., Ltd., et al.
>         <u>Criminal Docket No. 18-457 (S-2) (AMD)</u>

Dear Counsel:

Enclosed please find the government's thirteenth production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019. <u>See</u> ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendant.

I.       The Government's Discovery

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Financial Institution Documents, Including Customer Account Information, and Written Correspondence | Sensitive Discovery Material ("SDM") | DOJ_HUAWEI_A_0001451569-DOJ_HUAWEI_A_0001454942 |
| Financial Institution Documents, Including Customer Account Information, and Written Correspondence | Discovery Material | DOJ_HUAWEI_A_0001463554-DOJ_HUAWEI_A_0001463591 |
| Communications related to Huawei Employees in Iran | SDM | DOJ_HUAWEI_A_0001454943-DOJ_HUAWEI_A_0001463553 |
| Communications related to Huawei Employees in Iran | Discovery Material | DOJ_HUAWEI_A_0001467628-DOJ_HUAWEI_A_0001488105 |

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:      /s/ Julia Nestor
         Alexander A. Solomon
         Julia Nestor
         David K. Kessler
         Kaitlin Farrell
         Sarah Evans
         Assistant United States Attorneys
         (718) 254-7000

2

DEBORAH L. CONNOR
Chief, Money Laundering and Asset
Recovery Section, Criminal Division
U.S. Department of Justice

By:   /s/ Laura Billings
Laura Billings
Christian J. Nauvel
Trial Attorneys

JAY I. BRATT
Chief, Counterintelligence and Export
Control Section
National Security Division, U.S. Department
of Justice

By:   /s/ Thea D. R. Kendler
Thea D. R. Kendler
David Lim
Trial Attorneys

cc:   Clerk of the Court (AMD) (by ECF) (without Enclosures)