

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

MLEVY@SIDLEY.COM
+1 212 839 7341

December 6, 2019

**By ECF**

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers N 415
Brooklyn, NY 11201

Re: *United States v. Huawei Technologies Co., Ltd., et al.*, **18 CR 457 (S-2)(AMD)**

Dear Judge Donnelly:

    Defendants Huawei Technologies Co., Ltd. and Huawei Device USA Inc. (collectively, "Huawei"), respectfully request an adjournment of the status conference scheduled to take place in this matter on December 12, 2019. The Government does not object to the request.

    On December 3, the Court granted the Government's motion to disqualify Huawei's lead counsel, James M. Cole. As a result of that ruling, Thomas C. Green and Mark D. Hopson of Sidley Austin intend to enter appearances as lead counsel for Huawei, assuming the approval of their forthcoming motions for admission *pro hac vice*. Unfortunately, Messrs. Green and Hopson already have preexisting commitments on December 12 that cannot be rescheduled. Accordingly, Huawei respectfully requests that the conference be adjourned from that date.

    Counsel have conferred with the Court's courtroom deputy, who informed us that January 9, 2020, at 3:30 p.m. is available on the Court's calendar. Counsel for the Government and for Huawei are available then as well. Accordingly, Huawei respectfully requests that the status conference presently scheduled to take place on December 12, 2019, be adjourned until January 9, 2020, at 3:30 p.m. This is the first request to adjourn this conference.

Respectfully submitted,

/s/ Michael A. Levy
Michael A. Levy
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel: 212-839-7341
Email: mlevy@sidley.com

/s/ David Bitkower
David Bitkower
JENNER & BLOCK LLP
1099 New York Avenue, NW
Washington, D.C. 20001
Tel: 202-639-6048
Email: dbitkower@jenner.com

*Counsel for Defendants Huawei Technologies Co., Ltd. and Huawei Device USA, Inc.*

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.