**SIDLEY**                                                                 **JENNER&BLOCK** LLP

December 18, 2019

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, NY 11201

Re:   *United States v. Huawei Technologies Co., Ltd., et al.*, **18 CR 457 (S-2)(AMD)**;
      <u>Adding Additional Defense Counsel as Defined by the Protective Order</u>

Dear Judge Donnelly:

We represent Huawei Technologies Co., Ltd. and Huawei Device USA Inc. (collectively, the "Huawei Defendants") in the above-referenced matter. The Huawei Defendants hereby provide notice that, by agreement of the parties pursuant to paragraph 7 of the Protective Order entered by the Court on June 10, 2019 (the "Protective Order"), Steptoe & Johnson LLP will serve as additional Defense Counsel pursuant to the Protective Order.

A copy of an additional signature page executed by Edward J. Krauland is attached.

Respectfully submitted,

| /s/ Michael A. Levy | /s/ David Bitkower |
|---|---|
| Michael A. Levy | David Bitkower |
| SIDLEY AUSTIN LLP | JENNER & BLOCK LLP |
| 787 Seventh Avenue | 1099 New York Avenue, NW |
| New York, NY 10019 | Suite 900 |
| Tel.: 212-839-5300 | Washington, D.C. 20001 |
| Email: mlevy@sidley.com | Tel: 202-639-6048 |
| | Email: dbitkower@jenner.com |

*Counsel for Defendants Huawei Technologies Co., Ltd. and Huawei Device USA Inc.*