Dated:  Washington, D.C.
        December  6 , 2019

HUAWEI TECHNOLOGIES CO., LTD.
HUAWEI DEVICE USA INC.
Defendants

By:

_____
Steptoe & Johnson LLP
Edward J. Krauland
Counsel for Defendants