

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| DKK | *271 Cadman Plaza East* |
| F. #2017R05903 | *Brooklyn, New York 11201* |

By ECF

January 10, 2020

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re: United States v. Huawei Technologies Co., Ltd., et al.
> Criminal Docket No. 18-00457 (AMD)

Dear Judge Donnelly:

    Pursuant to this Court's December 3, 2019 Order, the government has today submitted to the Court its proposed redactions to the Court's classified decision regarding the government's Motion to Disqualify James M. Cole, Esq. The government will file a public, redacted version upon the Court's review of the proposed redactions.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney
Eastern District of New York

By:    /s/ David K. Kessler
Alexander A. Solomon
Julia Nestor
David K. Kessler
Sarah M. Evans
Assistant U.S. Attorneys

| | |
|---|---|
| DEBORAH L. CONNOR | JAY I. BRATT |
| Chief | Chief |
| Money Laundering and Asset Recovery Section | Counterintelligence and Export Control Section |
| Criminal Division | National Security Division |
| U.S. Department of Justice | U.S. Department of Justice |
| | |
| Laura M. Billings | Thea D. R. Kendler |
| Christian J. Nauvel | David Lim |
| Trial Attorneys | Trial Attorneys |