

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| AAS:DKK<br>F. #2017R05903 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

February 25, 2020

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Huawei Technologies Co., Ltd., et al.
      Criminal Docket No. 18-00457 (S-3) (AMD)

Dear Judge Donnelly:

  On February 19, 2020, this Court ordered the government to state whether it consented to the filing of an unredacted copy of the defendant's February 10, 2020 request for the production of various categories of documents. The government does not consent to the filing of the unredacted copy of the letter. The portions of the letter that are redacted reflect the confidential information of third parties. Moreover, the material discussed under the redactions was designated "Sensitive Discovery Material" pursuant to the so-ordered Protective Order in this case. (See Dkt. No. 57.)

            Respectfully submitted,

            RICHARD P. DONOGHUE
            United States Attorney

     By:   /s/ David K. Kessler
            Alexander A. Solomon
            Julia Nestor
            David K. Kessler
            Sarah Evans
            Assistant U.S. Attorneys
            (718) 254-7000

Cc: All defense counsel (by ECF)