

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS:DKK
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 25, 2020

<u>By ECF</u>

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: <u>United States v. Huawei Technologies Co., Ltd., et al</u>.
     <u>Criminal Docket No. 18-00457 (S-3) (AMD)</u>

Dear Judge Donnelly:

  On February 19, 2020, this Court provided the government with a redacted version of the Court's December 3, 2019 decision granting the government's motion to disqualify (the "February 19 Redacted Opinion"). The government does not object to the public filing of the February 19 Redacted Opinion.

         Respectfully submitted,

         RICHARD P. DONOGHUE
         United States Attorney

    By:   /s/ David K. Kessler
         Alexander A. Solomon
         Julia Nestor
         David K. Kessler
         Sarah Evans
         Assistant U.S. Attorneys
         (718) 254-7000

Cc: All defense counsel (by ECF)