

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JN/DKK
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 4, 2020

<u>By Email and ECF</u>

Michael Levy
Joan M. Loughnane
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Jenner & Block LLP

    Re: <u>United States v. Huawei Technologies Co., Ltd., et al.</u>
      <u>Criminal Docket No. 18-457 (S-3) (AMD)</u>

Dear Counsel:

  Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019. <u>See</u> ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendant.

  This discovery is only being provided to Huawei Technologies Co., Ltd. and Huawei Device USA Inc. Although Huawei Device Co. Ltd. and Futurewei Technologies, Inc. are newly indicted defendants in this case, neither is entitled to this discovery both because they have not yet appeared in the case and because they are not a party to the protective order.

I.  The Government's Discovery

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Documents Associated with Requests Made to the Defendants by U.S. Government Agencies | Discovery Material | DOJ_HUAWEI_B_0000005756 - DOJ_HUAWEI_B_0000005787 |
| Financial Institution Document | Discovery Material | DOJ_HUAWEI_B_0000005788 |
| Documents Related to Activities in Iran | Discovery Material | DOJ_HUAWEI_B_0000005789 - DOJ_HUAWEI_B_0000005803 |
| | Sensitive Discovery Material | DOJ_HUAWEI_B_0000005804 - DOJ_HUAWEI_B_0000006921 |
| Documents Related to Shipping | Discovery Material | DOJ_HUAWEI_B_0000006922 - DOJ_HUAWEI_B_0000006938 |
| Defendants' Presentation to a U.S. Government Agency | Discovery Material | DOJ_HUAWEI_B_0000006939 - DOJ_HUAWEI_B_0000006960 |
| Information Related to the Entity List | Discovery Material | DOJ_HUAWEI_B_0000006961 - DOJ_HUAWEI_B_0000006982 |
| Corporate Record | Discovery Material | DOJ_HUAWEI_B_0000006983 |
| Public News Article | Discovery Material | DOJ_HUAWEI_B_0000006984 - DOJ_HUAWEI_B_0000006996 |
| Documents Related to Shipping | Discovery Material | DOJ_HUAWEI_B_0000006997 - DOJ_HUAWEI_B_0000006998 |
| Document Related to Syria | Discovery Material | DOJ_HUAWEI_B_0000006999 - DOJ_HUAWEI_B_0000007000 |
| Corporate Records | Discovery Material | DOJ_HUAWEI_B_0000007001 - DOJ_HUAWEI_B_0000007080 |

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By: /s/ Julia Nestor
Alexander A. Solomon
Julia Nestor
David K. Kessler
Sarah Evans
Assistant United States Attorneys
(718) 254-7000

DEBORAH L. CONNOR
Chief, Money Laundering and Asset
Recovery Section, Criminal Division
U.S. Department of Justice

By: /s/ Laura Billings
Laura Billings
Christian J. Nauvel
Trial Attorneys

JAY I. BRATT
Chief, Counterintelligence and Export
Control Section
National Security Division, U.S. Department
of Justice

By: /s/ Thea D. R. Kendler
Thea D. R. Kendler
David Lim
Trial Attorneys

cc: Clerk of the Court (AMD) (by ECF)