**SIDLEY**                                                                                       **JENNER&BLOCK** LLP

March 13, 2020

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, NY 11201

Re:   *United States v. Huawei Technologies Co., Ltd., et al.*, **18 CR 457 (S-3) (AMD) (EDNY); Unopposed Request to Adjourn Time to File Motion for Bill of Particulars**

Dear Judge Donnelly:

    We represent defendants Huawei Technologies Co., Ltd., Huawei Device Co., Ltd., Huawei Device USA Inc., and Futurewei Technologies, Inc. in the above-referenced matter. On behalf of our clients, we respectfully seek to adjourn the deadline to file a motion for a bill of particulars with respect to the Third Superseding Indictment. The government consents to this request.

    Under Rule 7 of the Federal Rules of Criminal Procedure, a defendant "may move for a bill of particulars before or within 14 days after arraignment or at a later time if the court permits." Fed. R. Crim. P. 7(f). Our clients were arraigned on the Third Superseding Indictment before the Honorable Steven M. Gold, United States Magistrate Judge, on March 4, 2020.

    At the March 4, 2020 status conference in this matter, the government represented that it is preparing to produce a significant amount of discovery material related to the charges in the Third Superseding Indictment. Because the scope of discovery provided by the government may affect the need for or scope of any motion for a bill of particulars, we respectfully request that the Court continue the deadline for a motion for a bill of particulars until a later date.

*United States v. Huawei Technologies Co., Ltd., et al., 18 CR 457*
March 13, 2020
Page 2

    Respectfully submitted,

| | |
|---|---|
| /s/ Thomas C. Green | /s/ David Bitkower |
| Thomas C. Green | David Bitkower |
| Mark D. Hopson | JENNER & BLOCK LLP |
| Michael A. Levy | 1099 New York Avenue, NW |
| SIDLEY AUSTIN LLP | Washington, D.C. 20001 |
| 787 Seventh Avenue | Tel: 202-639-6048 |
| New York, NY 10019 | Email: dbitkower@jenner.com |
| Tel.: 212-839-5300 | |
| Email: mlevy@sidley.com | |

*Counsel for Defendants Huawei Technologies Co., Ltd., Huawei Device Co., Ltd., Huawei Device USA Inc., and Futurewei Technologies, Inc.*