**SIDLEY**                                                      **JENNER&BLOCK** LLP

April 10, 2020

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, NY 11201

Re:   *United States v. Huawei Technologies Co., Ltd., et al.*, 18 CR 457 (S-3) (AMD);
      <u>Adding Additional Defense Counsel as Defined by the Protective Order</u>

Dear Judge Donnelly:

    We represent Huawei Technologies Co., Ltd., Huawei Device Co., Ltd., Huawei Device USA Inc., and Futurewei Technologies, Inc. in the above-referenced matter. We hereby provide notice that, by agreement of the parties pursuant to paragraph 7 of the Protective Order entered by the Court on June 10, 2019 (the "Protective Order"), Dechert LLP will serve as additional Defense Counsel pursuant to the Protective Order.

    A copy of an additional signature page executed by Andrew S. Boutros is attached.

    Respectfully submitted,

| <u>/s/ Thomas C. Green</u> | <u>/s/ David Bitkower</u> |
|---|---|
| Thomas C. Green | David Bitkower |
| Mark D. Hopson | JENNER & BLOCK LLP |
| Michael A. Levy | 1099 New York Avenue, NW |
| SIDLEY AUSTIN LLP | Washington, D.C. 20001 |
| 1501 K Street, NW | Tel: 202-639-6048 |
| Washington, DC  20005 | Email: dbitkower@jenner.com |
| Tel.: 202-736-8000 | |
| Email: tcgreen@sidley.com | |

*Counsel for Defendants Huawei Technologies Co., Ltd., Huawei Device Co., Ltd.,
Huawei Device USA Inc., and Futurewei Technologies, Inc.*