**SIDLEY**                                                          **JENNER&BLOCK** LLP

April 13, 2020

**VIA ECF AND ELECTRONIC MAIL**

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Chambers N 415
Brooklyn, NY 11201

Re:   *United States v. Huawei Technologies Co., Ltd., et al.*, 18 CR 457 (S-3) (AMD)

Dear Judge Donnelly:

    Defendants Huawei Technologies Co., Ltd., Huawei Device Co. Ltd., Huawei Device USA, Inc., and Futurewei Technologies, Inc. (collectively the "Huawei Defendants"), respectfully request that the status conference presently scheduled to take place on April 21, 2020, in the above-referenced case be adjourned to June 16, 2020 at a time convenient to the Court. The Government consents to the request.

    On March 4, 2020, the Court scheduled the next status conference in this case for April 21, 2020, at 10:30 a.m. Given the current circumstances related to the COVID-19 pandemic, the Huawei Defendants believe it is prudent to adjourn that status conference to a later date. Counsel have conferred with the Court's courtroom deputy, who informed us that the Court's calendar is available after 1:30 p.m. on June 16, 2020. Counsel for the government have informed undersigned counsel that they are available on that date.

    If the Huawei Defendants' request is granted, the Huawei Defendants also move the Court to exclude time from the speedy trial clock, pursuant 18 U.S.C. § 3161(h)(7)(A), from April 21, 2020, to June 16, 2020. The ends of justice served by granting this exclusion outweigh the best interest of the public and the defendants in a speedy trial because the adjournment is being requested due to concern for public health and safety.

**SIDLEY**                                                    **JENNER&BLOCK** LLP

Page 2

Respectfully submitted,

| /s/ Thomas C. Green | /s/ David Bitkower |
|---|---|
| Thomas C. Green | David Bitkower |
| Mark D. Hopson | JENNER & BLOCK LLP |
| Michael A. Levy | 1099 New York Avenue, NW |
| SIDLEY AUSTIN LLP | Washington, D.C. 20001 |
| 1501 K Street, NW | Tel: 202-639-6048 |
| Washington, DC  20005 | Email: dbitkower@jenner.com |
| Tel: 212-736-8000 | |
| Email: tcgreen@sidley.com | |

*Counsel for Defendants Huawei Technologies Co., Ltd., Huawei Device Co. Ltd., Huawei Device USA, Inc., and Futurewei Technologies, Inc.*