

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JN/DKK/LB/CJN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 16, 2020

<u>By Email and ECF</u>

Michael Levy
Joan M. Loughnane
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Jenner & Block LLP

        Re:   <u>United States v. Huawei Technologies Co., Ltd., et al.
                Criminal Docket No. 18-457 (S-3) (AMD)</u>

Dear Counsel:

        Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019.[1] <u>See</u> ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendant.

---

[1] Please advise whether you have received CNEX discovery from Bo Mao pursuant to your Joint Defense Agreement or whether the government should separately produce said records to you.

I. <u>The Government's Discovery</u>

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Accounting and payroll records | Discovery Material | DOJ_HUAWEI_A_0004755153 – DOJ_HUAWEI_A_0004778536 |

 Very truly yours,

 RICHARD P. DONOGHUE
 United States Attorney

By:  /s/ Julia Nestor
 Alexander A. Solomon
 Julia Nestor
 David K. Kessler
 Sarah Evans
 Assistant United States Attorneys
 (718) 254-7000

 DEBORAH L. CONNOR
 Chief, Money Laundering and Asset
 Recovery Section, Criminal Division
 U.S. Department of Justice

By:  /s/ Christian J. Nauvel
 Laura Billings
 Christian J. Nauvel
 Trial Attorneys

 JAY I. BRATT
 Chief, Counterintelligence and Export
 Control Section
 National Security Division, U.S. Department
 of Justice

By:  /s/ Thea D. R. Kendler
 Thea D. R. Kendler
 David Lim
 Trial Attorneys

cc:  Clerk of the Court (AMD) (by ECF) (without Enclosures)