

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JN/DKK/LB/CJN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 29, 2020

<u>By Email and ECF</u>

Thomas C. Green
Mark D. Hopson
Michael Levy
Joan M. Loughnane
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Jenner & Block LLP

     Re:  <u>United States v. Huawei Technologies Co., Ltd., et al.</u>
        <u>Criminal Docket No. 18-457 (S-3) (AMD)</u>

Dear Counsel:

    Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019. <u>See</u> ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendants.

I.     The Government's Discovery

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Payroll and tax records | Discovery Material | DOJ_HUAWEI_A_0004874191 – DOJ_HUAWEI_A_0004875008 |
| Financial institution records including account statements and Know Your Customer records | Discovery Material | DOJ_HUAWEI_A_0004875009 – DOJ_HUAWEI_A_0004876219 |
| Financial institution records including Know Your Customer records, meeting minutes, and compliance records | Sensitive Discovery Material | DOJ_HUAWEI_A_0004876220 – DOJ_HUAWEI_A_0004878193 |
| Memorandum; Record relating to licenses; and trade compliance records | Discovery Material | DOJ_HUAWEI_A_0004878194 – DOJ_HUAWEI_A_0004882150 |

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:    /s/ Julia Nestor
Alexander A. Solomon
Julia Nestor
David K. Kessler
Sarah Evans
Assistant United States Attorneys
(718) 254-7000

DEBORAH L. CONNOR
Chief, Money Laundering and Asset
Recovery Section, Criminal Division
U.S. Department of Justice

By:    /s/ Christian J. Nauvel
Laura Billings
Christian J. Nauvel
Trial Attorneys

2

                                              JAY I. BRATT
Chief, Counterintelligence and Export Control Section
National Security Division, U.S. Department of Justice

By:    /s/ Thea D. R. Kendler
        Thea D. R. Kendler
        David Lim
        Trial Attorneys

cc:    Clerk of the Court (AMD) (by ECF) (without Enclosures)