

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JN/DKK/LB/CJN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 27, 2020

<u>By Email and ECF</u>

Thomas C. Green
Mark D. Hopson
Michael Levy
Joan M. Loughnane
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Jenner & Block LLP

>     Re:   United States v. Huawei Technologies Co., Ltd., et al.
>            <u>Criminal Docket No. 18-457 (S-3) (AMD)</u>

Dear Counsel:

       Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019. <u>See</u> ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendants.

I. <u>The Government's Discovery</u>

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Account documentation including risk analyses | Sensitive Discovery Material | DOJ_HUAWEI_A_0005399146 – DOJ_HUAWEI_A_0005445540 |
| Online professional bios including Linkedin bios | Discovery Material | DOJ_HUAWEI_A_0005445541 – DOJ_HUAWEI_A_0005445671 |

    Very truly yours,

    SETH D. DuCHARME
    Acting United States Attorney

By:   /s/ Julia Nestor
    Alexander A. Solomon
    Julia Nestor
    David K. Kessler
    Sarah Evans
    Assistant United States Attorneys
    (718) 254-7000

    DEBORAH L. CONNOR
    Chief, Money Laundering and Asset
    Recovery Section, Criminal Division
    U.S. Department of Justice

By:   /s/ Christian J. Nauvel
    Laura Billings
    Christian J. Nauvel
    Trial Attorneys

                              JAY I. BRATT
                              Chief, Counterintelligence and Export
                              Control Section
                              National Security Division, U.S. Department
                              of Justice

                 By:    /s/ Thea D. R. Kendler
                          Thea D. R. Kendler
                          David Lim
                          Trial Attorneys

cc:    Clerk of the Court (AMD) (by ECF) (without Enclosures)