

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JN/DKK/LB/CJN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 7, 2020

<u>By Email and ECF</u>

Thomas C. Green
Mark D. Hopson
Michael Levy
Joan M. Loughnane
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Jenner & Block LLP

    Re: United States v. Huawei Technologies Co., Ltd., et al.
      <u>Criminal Docket No. 18-457 (S-3) (AMD)</u>

Dear Counsel:

    Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019. <u>See</u> ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendants.

I.  The Government's Discovery

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Email correspondence related to ▬ | Sensitive Discovery Material | DOJ_HUAWEI_A_0005604833 – DOJ_HUAWEI_A_0005661855 |
| Email correspondence and human resource records related to ▬ | Discovery Material | DOJ_HUAWEI_A_0005661856 – DOJ_HUAWEI_A_0005671141 |

Very truly yours,

SETH D. DuCHARME
Acting United States Attorney

By:   /s/ Julia Nestor
Alexander A. Solomon
Julia Nestor
David K. Kessler
Sarah Evans
Assistant United States Attorneys
(718) 254-7000

DEBORAH L. CONNOR
Chief, Money Laundering and Asset
Recovery Section, Criminal Division
U.S. Department of Justice

By:   /s/ Christian J. Nauvel
Laura Billings
Christian J. Nauvel
Trial Attorneys

2

                                        JAY I. BRATT
                                        Chief, Counterintelligence and Export
                                        Control Section
                                        National Security Division, U.S. Department
                                        of Justice

                        By:    /s/ Thea D. R. Kendler
                                 Thea D. R. Kendler
                                 David Lim
                                 Trial Attorneys

cc:    Clerk of the Court (AMD) (by ECF) (without Enclosures)