

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JN/DKK/LB/CJN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 17, 2020

<u>By Email and ECF</u>

Thomas C. Green
Mark D. Hopson
Michael Levy
Joan M. Loughnane
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Jenner & Block LLP

     Re:  United States v. Huawei Technologies Co., Ltd., et al.
        <u>Criminal Docket No. 18-457 (S-3) (AMD)</u>

Dear Counsel:

    Enclosed please find the government's reproduction of discovery previously produced on June 11, 2019. This production is being made in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019. <u>See</u> ECF Docket Entry No. 57. The documents being reproduced, which are identified on the attached spreadsheet, were

previously produced as "Sensitive Discovery Material" and are now being reproduced as "Discovery Material" under the Protective Order.

    Very truly yours,

    SETH D. DuCHARME
    Acting United States Attorney

By: /s/ Julia Nestor
    Alexander A. Solomon
    Julia Nestor
    David K. Kessler
    Sarah Evans
    Assistant United States Attorneys
    (718) 254-7000

    DEBORAH L. CONNOR
    Chief, Money Laundering and Asset
    Recovery Section, Criminal Division
    U.S. Department of Justice

By: /s/ Christian J. Nauvel
    Laura Billings
    Christian J. Nauvel
    Trial Attorneys

    JAY I. BRATT
    Chief, Counterintelligence and Export
    Control Section
    National Security Division, U.S. Department
    of Justice

By: /s/ Thea D. R. Kendler
    Thea D. R. Kendler
    David Lim
    Trial Attorneys

cc:    Clerk of the Court (AMD) (by ECF) (with Enclosure)