

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JN/DKK/LB/CJN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 4, 2020

By Email and ECF

Thomas C. Green
Mark D. Hopson
Michael Levy
Joan M. Loughnane
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Jenner & Block LLP

         Re:    United States v. Huawei Technologies Co., Ltd., et al.
                 Criminal Docket No. 18-457 (S-3) (AMD)

Dear Counsel:

        Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019. See ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendants.

I.   The Government's Discovery

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Trade compliance documents | Discovery Material | DOJ_HUAWEI_A_0005671142 – DOJ_HUAWEI_A_0005671837 |
| Documents related to Quintel Technology v. Huawei Technologies, et al., 15-CV-307 (ALM) (E.D.T.X) | Discovery Material | DOJ_HUAWEI_A_0005671838 – DOJ_HUAWEI_A_0006826948 |

Very truly yours,

SETH D. DUCHARME
Acting United States Attorney

By:   /s/ Julia Nestor
Alexander A. Solomon
Julia Nestor
David K. Kessler
Sarah Evans
Assistant United States Attorneys
(718) 254-7000

DEBORAH L. CONNOR
Chief, Money Laundering and Asset
Recovery Section, Criminal Division
U.S. Department of Justice

By:   /s/ Christian J. Nauvel
Laura Billings
Christian J. Nauvel
Trial Attorneys

                                     JAY I. BRATT
                                     Chief, Counterintelligence and Export
                                     Control Section
                                     National Security Division, U.S. Department
                                     of Justice

                    By:     /s/ Thea D. R. Kendler
                                     Thea D. R. Kendler
                                     David Lim
                                     Trial Attorneys

cc:     Clerk of the Court (AMD) (by ECF) (without Enclosures)