

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS:JN/DKK/SME
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 18, 2020

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Huawei Technologies Co., Ltd., et al.
               Criminal Docket No. 18-00457 (S-3) (AMD)

Dear Judge Donnelly:

      Pursuant to this Court's September 14, 2020 order, the government's letter related to sharing additional discovery material with defendant Wanzhou Meng is due September 28, 2020, which is a holiday. The government respectfully requests that it be permitted to file its letter on September 29, 2020. The government has conferred with defense counsel, who do not object and who request that the date of the defendants' filing be moved from September 21, 2020 to September 22, 2020.

                              Respectfully submitted,

                              SETH D. DuCHARME
                              Acting United States Attorney

               By:     /s/ David K. Kessler
                              Alexander A. Solomon
                              Julia Nestor
                              David K. Kessler
                              Sarah Evans
                              Assistant U.S. Attorneys
                              (718) 254-7000

DEBORAH L. CONNOR
Chief, Money Laundering and Asset
Recovery Section, Criminal Division
U.S. Department of Justice

Laura Billings
Christian J. Nauvel
Trial Attorneys

JAY I. BRATT
Chief, Counterintelligence and Export
Control Section
National Security Division, U.S. Department
of Justice

Thea D. R. Kendler
David Lim
Trial Attorneys