

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JN/DKK/LB/CJN     *271 Cadman Plaza East*
F. #2017R05903    *Brooklyn, New York 11201*

September 18, 2020

By Email and ECF

Thomas C. Green
Mark D. Hopson
Michael Levy
Joan M. Loughnane
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Jenner & Block LLP

        Re:    United States v. Huawei Technologies Co., Ltd., et al.
                 Criminal Docket No. 18-457 (S-3) (AMD)

Dear Counsel:

      Enclosed please find the government's reproduction of an additional 1611 documents in response to your request to downgrade certain documents previously produced as "Sensitive Discovery Material" ("SDM"). The production is being made in accordance with Rule 16 of the Federal Rules of Criminal Procedure and pursuant to the Protective Order entered by the Court on June 10, 2019. See ECF Docket Entry No. 57. The documents listed on the spreadsheet identified as Attachment A to this letter,[1] were previously produced as SDM and are now being reproduced as "Discovery Material" ("DM") under the Protective Order.

---

      [1] For ease of reference, this spreadsheet lists the new Bates number (PRODUCTION BEGDOC (REPROD)) alongside the original Bates number (PRODUCTION BEGDOC).

   The government will also reproduce as DM the 2329 documents listed in Attachment B, after redacting personal identifying information and non-relevant customer names.

            Very truly yours,

            SETH D. DuCHARME
            Acting United States Attorney

By: /s/ Julia Nestor
   Alexander A. Solomon
   Julia Nestor
   David K. Kessler
   Sarah Evans
   Assistant United States Attorneys
   (718) 254-7000

   DEBORAH L. CONNOR
   Chief, Money Laundering and Asset
   Recovery Section, Criminal Division
   U.S. Department of Justice

By: /s/ Christian J. Nauvel
   Laura Billings
   Christian J. Nauvel
   Trial Attorneys

   JAY I. BRATT
   Chief, Counterintelligence and Export
   Control Section
   National Security Division, U.S. Department
   of Justice

By: /s/ Thea D. R. Kendler
   Thea D. R. Kendler
   David Lim
   Trial Attorneys

cc: Clerk of the Court (AMD) (by ECF) (without Enclosures)