

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 12, 2020

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Huawei Technologies Co., Ltd., et al.
      Criminal Docket No. 18-457 (S-2) (AMD)

Dear Judge Donnelly:

  On August 18, 2020 and October 8, 2020, the government provided two letters to the defendants in response to their letters dated February 10, 2020 and July 17, 2020 seeking discovery from the government, including pursuant to Brady v. Maryland, 373 U.S. 83 (1963). The government will provide the Court courtesy copies of the disclosures under separate cover.

           Respectfully submitted,

           SETH D. DuCHARME
           Acting United States Attorney

     By: /s/ Julia Nestor
           Alexander A. Solomon
           Julia Nestor
           David K. Kessler
           Sarah Evans
           Assistant United States Attorneys
           (718) 254-7000

                DEBORAH L. CONNOR
                Chief, Money Laundering and Asset
                Recovery Section, Criminal Division
                U.S. Department of Justice

By:    /s/ Christian J. Nauvel
        Laura Billings
        Christian J. Nauvel
        Trial Attorneys

        JAY I. BRATT
        Chief, Counterintelligence and Export
        Control Section
        National Security Division, U.S.
        Department of Justice

By:    /s/ Thea D. R. Kendler
        Thea D. R. Kendler
        David Lim
        Trial Attorneys