

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JN/DKK/LB/CJN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 23, 2020

<u>By Email and ECF</u>

Thomas C. Green
Mark D. Hopson
Michael Levy
Joan M. Loughnane
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Jenner & Block LLP

      Re:  United States v. Huawei Technologies Co., Ltd., et al.
         <u>Criminal Docket No. 18-457 (S-3) (AMD)</u>

Dear Counsel:

    Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019. <u>See</u> ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendants.

I.  The Government's Discovery

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Documents related to <u>Quintel Technology v. Huawei Technologies, et al.</u>, 15-CV-307 (ALM) (E.D.T.X) | Discovery Material ("DM") | DOJ_HUAWEI_A_0007721231 – DOJ_HUAWEI_A_0007996423 |
| Blog post regarding Huawei | DM | DOJ_HUAWEI_B_0000007933- DOJ_HUAWEI_B_0000007936 |
| Financial Institution Documents, including Written Correspondence | Sensitive Discovery Material | DOJ_HUAWEI_B_0000007937- DOJ_HUAWEI_B_0000007958 |

Very truly yours,

SETH D. DuCHARME
Acting United States Attorney

By:  /s/ Julia Nestor
Alexander A. Solomon
Julia Nestor
David K. Kessler
Sarah Evans
Assistant United States Attorneys
(718) 254-7000

DEBORAH L. CONNOR
Chief, Money Laundering and Asset Recovery Section, Criminal Division
U.S. Department of Justice

By:  /s/ Christian J. Nauvel
Laura Billings
Christian J. Nauvel
Trial Attorneys

                                                    JAY I. BRATT  
                                                    Chief, Counterintelligence and Export  
                                                    Control Section  
                                                    National Security Division, U.S. Department  
                                                    of Justice  

                       By:    /s/ Thea D. R. Kendler  
                             Thea D. R. Kendler  
                             David Lim  
                             Trial Attorneys  

cc:    Clerk of the Court (AMD) (by ECF) (without Enclosures)