

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JN/DKK/LB/CJN  
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 27, 2020

<u>By Email and ECF</u>

Thomas C. Green  
Mark D. Hopson  
Michael Levy  
Joan M. Loughnane  
Sidley Austin LLP  

David Bitkower  
Matthew S. Hellman  
Jenner & Block LLP  

        Re:    <u>United States v. Huawei Technologies Co., Ltd., et al.</u>  
                <u>Criminal Docket No. 18-457 (S-3) (AMD)</u>

Dear Counsel:

        Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019. <u>See</u> ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendants.

I.      The Government's Discovery

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Documents related to <u>Quintel Technology v. Huawei Technologies, et al.</u>, 15-CV-307 (ALM) (E.D.T.X) | Discovery Material | DOJ_HUAWEI_A_0007996424 – DOJ_HUAWEI_A_0008383320 |

        Very truly yours,

        SETH D. DUCHARME
        Acting United States Attorney

By:    /s/ Julia Nestor
        Alexander A. Solomon
        Julia Nestor
        David K. Kessler
        Sarah Evans
        Assistant United States Attorneys
        (718) 254-7000

        DEBORAH L. CONNOR
        Chief, Money Laundering and Asset
        Recovery Section, Criminal Division
        U.S. Department of Justice

By:    /s/ Christian J. Nauvel
        Laura Billings
        Christian J. Nauvel
        Trial Attorneys

        JAY I. BRATT
        Chief, Counterintelligence and Export
        Control Section
        National Security Division, U.S. Department
        of Justice

By:    /s/ Thea D. R. Kendler
        Thea D. R. Kendler
        David Lim
        Trial Attorneys

cc:    Clerk of the Court (AMD) (by ECF) (without Enclosures)