

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JN/DKK/LB/CJN  
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 30, 2020

By ECF

Thomas C. Green  
Mark D. Hopson  
Michael Levy  
Joan M. Loughnane  
Sidley Austin LLP

David Bitkower  
Matthew S. Hellman  
Jenner & Block LLP

    Re: United States v. Huawei Technologies Co., Ltd., et al.
       Criminal Docket No. 18-457 (S-3) (AMD)

Dear Counsel:

    Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019. See ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendants.

I. The Government's Discovery

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Public statements about the defendants | DM | DOJ_HUAWEI_B_0000007959-DOJ_HUAWEI_B_0000008428 |
| Statements made to law enforcement by, or related to, the defendants | DM | DOJ_HUAWEI_B_0000008430-DOJ_HUAWEI_B_0000008433 |

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Documents related to the Record of the Case | DM | DOJ_HUAWEI_B_0000008429; DOJ_HUAWEI_B_0000008437- DOJ_HUAWEI_B_0000008441 |
| Financial records | DM | DOJ_HUAWEI_B_0000008434- DOJ_HUAWEI_B_0000008436 |

                                                Very truly yours,

                                                SETH D. DuCHARME
                                                Acting United States Attorney

By:    /s/ Julia Nestor
        Alexander A. Solomon
        Julia Nestor
        David K. Kessler
        Sarah Evans
        Assistant United States Attorneys
        (718) 254-7000

DEBORAH L. CONNOR
Chief, Money Laundering and Asset Recovery Section, Criminal Division
U.S. Department of Justice

By:    /s/ Christian J. Nauvel
        Laura Billings
        Christian J. Nauvel
        Trial Attorneys

JAY I. BRATT
Chief, Counterintelligence and Export Control Section
National Security Division, U.S. Department of Justice

By:    /s/ Thea D. R. Kendler
        Thea D. R. Kendler
        David Lim
        Trial Attorneys