**SIDLEY**                                                      **JENNER&BLOCK**ʟʟᴘ

November 3, 2020

**BY ECF**

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, NY 11201

Re:   *United States v. Huawei Technologies Co., Ltd., et al.*, **18 CR 457 (S-3)(AMD)(CLP)**

Dear Judge Donnelly:

      We write to inform the Court that on October 30, 2020, Huawei Technologies Co., Ltd. and Huawei Device USA Inc. filed a complaint in the United States District Court for the District of Columbia alleging violations of the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), by 16 government agencies.  *See Huawei Technologies Co., Ltd., et al. v. U.S. Immigration and Customs Enforcement, et al.*, 20-cv-03155 (D.D.C. Oct. 30, 2020), ECF No. 1.  Because there is an overlap in parties to the FOIA litigation and to the above-referenced criminal prosecution before this Court, we are notifying the Court of the filing.

*United States v. Huawei Technologies Co., Ltd., et al., 18 CR 457*
November 3, 2020
Page 2

      Respectfully submitted,

| | |
|---|---|
| By: /s/ Thomas C. Green | By: /s/ David Bitkower |
|     Thomas C. Green |     David Bitkower |
|     Mark D. Hopson |     Matthew S. Hellman |
|     Michael A. Levy |     JENNER & BLOCK LLP |
|     Joan M. Loughnane |     1099 New York Avenue, NW |
|     Douglas A. Axel |     Washington, D.C. 20001 |
|     Brian J. Stretch |     Tel: 202-639-6048 |
|     SIDLEY AUSTIN LLP |     Email: dbitkower@jenner.com |
|     1501 K Street, NW | |
|     Washington, D.C. 20005 | |
|     Tel.: 202-736-8069 | |
|     Email: tcgreen@sidley.com | |

*Counsel for Defendants Huawei Technologies Co., Ltd., Huawei Device Co., Ltd., Huawei Device USA, Inc., and Futurewei Technologies, Inc.*

cc:    Government counsel (by ECF)