

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JN/DKK/LB/CJN  
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 16, 2020

<u>By Email and ECF</u>

Thomas C. Green  
Mark D. Hopson  
Michael Levy  
Joan M. Loughnane  
Sidley Austin LLP

David Bitkower  
Matthew S. Hellman  
Jenner & Block LLP

        Re:    <u>United States v. Huawei Technologies Co., Ltd., et al.</u>
                 <u>Criminal Docket No. 18-457 (S-3) (AMD)</u>

Dear Counsel:

        Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019. <u>See</u> ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendants.

I.    The Government's Discovery

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Documents related to <u>Quintel Technology v. Huawei Technologies, et al.</u>, 15-CV-307 (ALM) (E.D.T.X) | Discovery Material | DOJ_HUAWEI_A_0008657738 – DOJ_HUAWEI_A_0008667263 |

        Very truly yours,

        SETH D. DUCHARME
        Acting United States Attorney

By:  /s/ Julia Nestor
    Alexander A. Solomon
    Julia Nestor
    David K. Kessler
    Sarah Evans
    Assistant United States Attorneys
    (718) 254-7000

    DEBORAH L. CONNOR
    Chief, Money Laundering and Asset
    Recovery Section, Criminal Division
    U.S. Department of Justice

By:  /s/ Christian J. Nauvel
    Laura Billings
    Christian J. Nauvel
    Trial Attorneys

    JAY I. BRATT
    Chief, Counterintelligence and Export
    Control Section
    National Security Division, U.S. Department
    of Justice

By:  /s/ Thea D. R. Kendler
    Thea D. R. Kendler
    David Lim
    Trial Attorneys

cc:  Clerk of the Court (AMD) (by ECF) (without Enclosures)