# SIDLEY

## JENNER&BLOCK LLP

November 23, 2020

VIA ECF

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, NY 11201

**Re:**   *United States v. Huawei Technologies Co., Ltd., et al.*, **18 CR 457 (S-3) (AMD)(CLP);**
       **Motion for a Bill of Particulars – Oral Argument**

Dear Judge Donnelly:

Defendants Huawei Technologies Co., Ltd., Huawei Device USA Inc., Huawei Device Co., Ltd., and Futurewei Technologies, Inc. (collectively, the "Huawei Defendants") have filed a motion for a Bill of Particulars in the above-referenced matter. *See* ECF No. 174. The motion is fully briefed. Given the importance of the issues presented in the motion and additional disclosures made by the government after briefing, the Huawei Defendants respectfully submit that oral argument would be useful to assist the Court in the resolution of the motion. The Huawei Defendants suggest that oral argument be scheduled at the Court's convenience, including potentially in connection with the next status conference that is scheduled for February 18, 2021 at 2:30 p.m.

The government has asked defense counsel to convey the government's position that it does not believe oral argument is necessary in light of the parties' extensive briefing, but that it defers to the Court. The government proposes that any such argument be held in connection with the February status conference.

*United States v. Huawei Technologies Co., Ltd., et al., 18 CR 457*
November 23, 2020
Page 2

Respectfully submitted,

By: /s/ Thomas C. Green                        By: /s/ David Bitkower

    Thomas C. Green                              David Bitkower
    Mark D. Hopson                               Matthew S. Hellman
    Michael A. Levy                              JENNER & BLOCK LLP
    Joan M. Loughnane                            1099 New York Avenue, NW
    Douglas A. Axel                              Washington, D.C. 20001
    Brian J. Stretch                             Tel: 202-639-6048
    SIDLEY AUSTIN LLP                            Email: dbitkower@jenner.com
    1501 K Street, NW
    Washington, D.C. 20005
    Tel.: 202-736-8069
    Email: tcgreen@sidley.com

*Counsel for Defendants Huawei Technologies Co., Ltd., Huawei Device Co., Ltd.,*
*Huawei Device USA Inc., and Futurewei Technologies, Inc.*

cc:    Government counsel (by ECF)