

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JN/DKK/LB/CJN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 14, 2021

<u>By Email and ECF</u>

Thomas C. Green
Mark D. Hopson
Michael Levy
Joan M. Loughnane
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Jenner & Block LLP

      Re:    United States v. Huawei Technologies Co., Ltd., et al.
               Criminal Docket No. 18-457 (S-3) (AMD)

Dear Counsel:

      Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019. <u>See</u> ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendants.

I.    The Government's Discovery

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Financial institution records, including transactional records | Discovery Material ("DM") | DOJ_HUAWEI_A_0008712507 – DOJ_HUAWEI_A_0008712512 |
| Financial institution records, including compliance and transactional records | Sensitive Discovery Material ("SDM") | DOJ_HUAWEI_A_0008712513 – DOJ_HUAWEI_A_0008714665 |

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Financial institution records, including transactional records | DM | DOJ_HUAWEI_A_0008714666 |
| Financial institution records, including compliance and transactional records | SDM | DOJ_HUAWEI_A_0008714667 – DOJ_HUAWEI_A_0008715087 |
| Court filings | DM | DOJ_HUAWEI_B_0000015425 – DOJ_HUAWEI_B_0000015467 |
| Immigration records | DM | DOJ_HUAWEI_B_0000015468- DOJ_HUAWEI_B_0000015474 |

Furthermore, below is account information regarding certain Citibank accounts:
- Account #30848301, Huawei Device USA, opened Nov 14, 2011;
- Account #30848387, Huawei Device USA;
- Account #30848395, Huawei Device USA, opened Nov 14, 2011;
- Account #30984178, Huawei Device USA;
- Account #38872779, Huawei Device USA, opened August 6, 2013; and
- Account #36313527, China Petroleum Engineering & Construction.

Very truly yours,

SETH D. DuCHARME
Acting United States Attorney

By:   /s/ Julia Nestor
Alexander A. Solomon
Julia Nestor
David K. Kessler
Sarah Evans
Assistant United States Attorneys
(718) 254-7000

DEBORAH L. CONNOR
Chief, Money Laundering and Asset
Recovery Section, Criminal Division
U.S. Department of Justice

By: /s/ Laura Billings
Laura Billings
Christian J. Nauvel
Trial Attorneys

JAY I. BRATT
Chief, Counterintelligence and Export Control Section
National Security Division, U.S. Department of Justice

By: /s/ Thea D. R. Kendler
Thea D. R. Kendler
David Lim
Trial Attorneys

cc: Clerk of the Court (AMD) (by ECF) (without Enclosures)