

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JN/DKK/LB/CJN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 8, 2021

By Email and ECF

Thomas C. Green
Mark D. Hopson
Michael Levy
Joan M. Loughnane
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Jenner & Block LLP

        Re:    United States v. Huawei Technologies Co., Ltd., et al.
                Criminal Docket No. 18-457 (S-3) (AMD)

Dear Counsel:

        Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019. See ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendants.

I.    The Government's Discovery

| **Document Description** | **Category of Discovery Pursuant to Protective Order** | **Bates Range**<br><br>**Last bates 0008715087** |
|---|---|---|
| Financial institution records | Sensitive Discovery Material ("SDM") | DOJ_HUAWEI_A_0008715088 – DOJ_HUAWEI_A_0008715091 |
| Trade compliance consulting records | Discovery Material | DOJ_HUAWEI_A_0008715092- DOJ_HUAWEI_A_0008715302 |

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range<br><br>Last bates 0008715087 |
|---|---|---|
| Financial institution record | SDM | DOJ_HUAWEI_A_0008715303 - DOJ_HUAWEI_A_0008715310 |

          Very truly yours,

          SETH D. DuCHARME
          Acting United States Attorney

By:   /s/ Julia Nestor
       Alexander A. Solomon
       Julia Nestor
       David K. Kessler
       Sarah Evans
       Assistant United States Attorneys
       (718) 254-7000

       DEBORAH L. CONNOR
       Chief, Money Laundering and Asset
       Recovery Section, Criminal Division
       U.S. Department of Justice

By:   /s/ Laura Billings
       Laura Billings
       Christian J. Nauvel
       Trial Attorneys

       JAY I. BRATT
       Chief, Counterintelligence and Export
       Control Section
       National Security Division, U.S. Department
       of Justice

By:   /s/ Thea D. R. Kendler
       Thea D. R. Kendler
       David Lim
       Trial Attorneys

cc:    Clerk of the Court (AMD) (by ECF) (without Enclosures)