

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JN/DKK/LB/CJN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 4, 2021

<u>By Email and ECF</u>

Thomas C. Green
Mark D. Hopson
Michael A. Levy
Brian J. Stretch
Douglas A. Axel
Melissa Colon-Bosolet
Sidley Austin LLP

David Bitkower
Andrew Weissmann
Matthew S. Hellman
Matthew D. Cipolla
Jenner & Block LLP

    Re:  United States v. Huawei Technologies Co., Ltd., et al.
        <u>Criminal Docket No. 18-457 (S-3) (AMD)</u>

Dear Counsel:

    Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This discovery supplements the government's previous productions.  The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019.  <u>See</u> ECF Docket Entry No. 57.  The government also requests reciprocal discovery from the defendants.

I. <u>The Government's Discovery</u>

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Documents regarding <u>Motorola, Inc. v. Lemko Corp. et al.</u>, 1:08-cv-5427 (N.D. Ill.); <u>Huawei Technologies Co., Ltd. v. Motorola, Inc. et al.</u>, No. 11-cv-497 (N.D. Ill.); and related matters | Sensitive Discovery Material | DOJ_HUAWEI_A_0009713543 – DOJ_HUAWEI_A_0010186308 |
| Documents regarding <u>Motorola, Inc. v. Lemko Corp. et al.</u>, 1:08-cv-5427 (N.D. Ill.); <u>Huawei Technologies Co., Ltd. v. Motorola, Inc. et al.</u>, No. 11-cv-497 (N.D. Ill.); and related matters | Discovery Material | DOJ_HUAWEI_A_0010186309 – DOJ_HUAWEI_A_0010489091 |

Very truly yours,

MARK J. LESKO
Acting United States Attorney

By:   /s/ Julia Nestor
Alexander A. Solomon
Julia Nestor
David K. Kessler
Sarah Evans
Assistant United States Attorneys
(718) 254-7000

DEBORAH L. CONNOR
Chief, Money Laundering and Asset
Recovery Section, Criminal Division
U.S. Department of Justice

By:   /s/ Laura Billings
Laura Billings
Christian J. Nauvel
Trial Attorneys

                              JAY I. BRATT
                              Chief, Counterintelligence and Export
                              Control Section
                              National Security Division, U.S. Department
                              of Justice

                  By:    /s/ Thea D. R. Kendler
                              Thea D. R. Kendler
                              David Lim
                              Trial Attorneys

cc:     Clerk of the Court (AMD) (by ECF) (without Enclosures)