

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS:JN/DKK/SME/MAA
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 26, 2021

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Huawei Technologies Co., Ltd., et al.
     Criminal Docket No. 18-00457 (S-3) (AMD)

Dear Judge Donnelly:

   The government respectfully requests that the status conference in this matter, currently scheduled for June 2, 2021, be adjourned until October 2021. The parties have conferred and propose rescheduling the status conference during the week of October 4, or on October 12 or October 13, 2021. The Court has designated this case as complex, and the government requests that time under the Speedy Trial clock be excluded in the interests of justice

1

between June 2, 2021 and the date of the next status conference set by the Court.  Defense counsel consents to these requests.

                Respectfully Submitted,

                MARK J. LESKO
                Acting United States Attorney
                Eastern District of New York

        By:      /s/ David K. Kessler
                Alexander A. Solomon
                Julia Nestor
                David K. Kessler
                Sarah M. Evans
                Meredith A. Arfa
                Assistant U.S. Attorneys

| DEBORAH L. CONNOR | JAY I. BRATT |
|---|---|
| Chief | Chief |
| Money Laundering and Asset Recovery Section | Counterintelligence and Export Control Section |
| Criminal Division | National Security Division |
| U.S. Department of Justice | U.S. Department of Justice |
| | |
| Laura M. Billings | |
| Christian J. Nauvel | Thea D. R. Kendler |
| Trial Attorneys | David Lim |
| | Trial Attorneys |