

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JN/DKK/LB/CJN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 16, 2021

<u>By Email and ECF</u>

Thomas C. Green
Mark D. Hopson
Michael A. Levy
Brian J. Stretch
Douglas A. Axel
Melissa Colon-Bosolet
Sidley Austin LLP

David Bitkower
Andrew Weissmann
Matthew S. Hellman
Matthew D. Cipolla
Jenner & Block LLP

      Re:    United States v. Huawei Technologies Co., Ltd., et al.
                <u>Criminal Docket No. 18-457 (S-3) (AMD)</u>

Dear Counsel:

      Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019. <u>See</u> ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendants.

I. <u>The Government's Discovery</u>

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Documents regarding a Huawei supplier. | Sensitive Discovery Material | DOJ_HUAWEI_A_0010516944 – DOJ_HUAWEI_A_0010971595 |
| Documents regarding a Huawei supplier. | Discovery Material | DOJ_HUAWEI_A_0010971596 – DOJ_HUAWEI_A_0011077707 |

        Very truly yours,

        MARK J. LESKO
        Acting United States Attorney

By:   /s/ Julia Nestor
        Alexander A. Solomon
        Julia Nestor
        David K. Kessler
        Sarah Evans
        Assistant United States Attorneys
        (718) 254-7000

        DEBORAH L. CONNOR
        Chief, Money Laundering and Asset
        Recovery Section, Criminal Division
        U.S. Department of Justice

By:   /s/ Laura Billings
        Laura Billings
        Christian J. Nauvel
        Trial Attorneys

                    JAY I. BRATT
Chief, Counterintelligence and Export
Control Section
National Security Division, U.S. Department
of Justice

By:   /s/ Thea D. R. Kendler
      Thea D. R. Kendler
      David Lim
      Trial Attorneys

cc:    Clerk of the Court (AMD) (by ECF) (without Enclosures)