

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JN/DKK/LB/CJN                                    *271 Cadman Plaza East*
F. #2017R05903                                   *Brooklyn, New York 11201*

June 17, 2021

By Email and ECF

Thomas C. Green
Mark D. Hopson
Michael A. Levy
Brian J. Stretch
Douglas A. Axel
Melissa Colon-Bosolet
Sidley Austin LLP

David Bitkower
Andrew Weissmann
Matthew S. Hellman
Matthew D. Cipolla
Jenner & Block LLP

         Re:    United States v. Huawei Technologies Co., Ltd., et al.
                Criminal Docket No. 18-457 (S-3) (AMD)

Dear Counsel:

        Enclosed please find the government's reproduction of 667 documents in response to
your request to downgrade certain documents previously produced as "Sensitive Discovery
Material" ("SDM").  The production is being made in accordance with Rule 16 of the Federal
Rules of Criminal Procedure and pursuant to the Protective Order entered by the Court on June
10, 2019.  See ECF Docket Entry No. 57.  The documents, listed on the spreadsheet attached to
this letter,[1] were previously produced as SDM and are now being reproduced as "Discovery

---

        [1] For ease of reference, this spreadsheet lists the new Bates number (PRODUCTION
BEGDOC (REPROD)) alongside the original Bates number (PRODUCTION BEGDOC).

Material" under the Protective Order.

Very truly yours,

MARK J. LESKO
Acting United States Attorney

By:      /s/ Julia Nestor
Alexander A. Solomon
Julia Nestor
David K. Kessler
Sarah Evans
Assistant United States Attorneys
(718) 254-7000

DEBORAH L. CONNOR
Chief, Money Laundering and Asset
Recovery Section, Criminal Division
U.S. Department of Justice

By:      /s/ Christian J. Nauvel
Christian J. Nauvel
Laura Billings
Trial Attorneys

JAY I. BRATT
Chief, Counterintelligence and Export
Control Section
National Security Division, U.S. Department
of Justice

By:      /s/ Thea D. R. Kendler
Thea D. R. Kendler
David Lim
Trial Attorneys

cc:     Clerk of the Court (AMD) (by ECF) (without Enclosures)

2