

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JN/DKK/LB/CJN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 5, 2021

<u>By Email and ECF</u>

Thomas C. Green
Mark D. Hopson
Michael A. Levy
Brian J. Stretch
Douglas A. Axel
Melissa Colon-Bosolet
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Matthew D. Cipolla
Jenner & Block LLP

      Re:    United States v. Huawei Technologies Co., Ltd., et al.
              <u>Criminal Docket No. 18-457 (S-3) (AMD)</u>

Dear Counsel:

      Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This discovery supplements the government's previous productions.  The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019.  <u>See</u> ECF Docket Entry No. 57.  The government also requests reciprocal discovery from the defendants.

I.    <u>The Government's Discovery</u>

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Documents regarding <u>Motorola, Inc. v. Lemko Corp. et al.</u>, 1:08-cv-5427 (N.D. Ill.); <u>Huawei Technologies Co., Ltd. v. Motorola, Inc. et al.</u>, No. 11-cv-497 (N.D. Ill.); and related matters | N/A | DOJ_HUAWEI_A_0111140693 – DOJ_HUAWEI_A_0111339827 |

        Very truly yours,

        JACQUELYN M. KASULIS
        Acting United States Attorney

By:    /s/ Julia Nestor
        Alexander A. Solomon
        Julia Nestor
        David K. Kessler
        Sarah Evans
        Meredith Arfa
        Assistant United States Attorneys
        (718) 254-7000

        DEBORAH L. CONNOR
        Chief, Money Laundering and Asset
        Recovery Section, Criminal Division
        U.S. Department of Justice

By:    /s/ Laura Billings
        Laura Billings
        Christian J. Nauvel
        Trial Attorneys

                JAY I. BRATT
                Chief, Counterintelligence and Export
                Control Section
                National Security Division, U.S. Department
                of Justice

           By: /s/ Thea D. R. Kendler
               Thea D. R. Kendler
               David Lim
               Trial Attorneys

cc: Clerk of the Court (AMD) (by ECF) (without Enclosures)