

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS:JN/DKK/SME/MAA
F. #2017R5903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 11, 2021

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: United States v. Huawei Technologies Co., Ltd., et al.
           Criminal Docket No. 18-00457 (S-3) (AMD)

Dear Judge Donnelly:

      The government respectfully submits this letter to request a further extension of the August 16, 2021, deadline to file its ex parte, classified submission pursuant to Section 4 of the Classified Information Procedures Act, 18 U.S.C. app. III (the "CIPA 4 Submission"). The government respectfully requests that the Court extend the current deadline by two weeks, to August 30, 2021.

      The undersigned have been working diligently with the relevant other government offices to finalize the submission and its supporting materials. However, additional time is needed to complete the final review of some of those materials. If this motion is granted, we do not anticipate the need for any additional continuances beyond the requested time. In addition, although the government is requesting an additional two weeks, it will submit its CIPA 4 Submission sooner, if possible.

                                          Respectfully submitted,

                                          JACQUELYN M. KASULIS
                                          Acting United States Attorney
                                          Eastern District of New York

By:      /s/ Alexander A. Solomon
                                          Alexander A. Solomon
                                          Julia Nestor
                                          David K. Kessler
                                          Sarah N. Evans
                                          Meredith A. Arfa
                                          Assistant U.S. Attorneys
                                          (718) 254-7000

| | |
|---|---|
| DEBORAH L. CONNOR | JAY I. BRATT |
| Chief | Chief |
| Money Laundering and Asset Recovery Section | Counterintelligence and Export Control Section |
| Criminal Division | |
| U.S. Department of Justice | National Security Division |
| | U.S. Department of Justice |
| Laura M. Billings | |
| Christian J. Nauvel | Thea D. R. Kendler |
| Trial Attorneys | David Lim |
| | R. Elizabeth Abraham |
| | Trial Attorneys |