AAS/DKK/TDRK/DL/REA
F. #2017R05903

Filed with Classified
Information Security Officer

CISO ▓▓▓▓▓▓▓
Date 8/30/21

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------X

UNITED STATES OF AMERICA

- against -

HUAWEI TECHNOLOGIES CO., LTD., et al.,

Defendants.

-----------------------------------X

**TO BE FILED EX PARTE
AND UNDER SEAL WITH THE
CLASSIFIED INFORMATION
SECURITY OFFICER OR HIS
DESIGNEE**

18-CR-457 (S-3) (AMO)

# GOVERNMENT'S FIRST MEMORANDUM IN SUPPORT OF ITS CLASSIFIED EX PARTE, IN CAMERA MOTION FOR A PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULE 16(d)(l) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

JACQUELYN M. KASULIS
Acting United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201.

DEBORAH L. CONNOR
Chief, Money Laundering
and Asset Recovery Section
Criminal Division
U.S. Department of Justice
1400 New York Ave., NW
Washington, DC 20530

JAY I. BRATT
Chief, Counterintelligence
and Export Control Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

ALEXANDER A. SOLOMON
JULIA NESTOR
DAYID K. KESSLER
SARAH M. EVANS
MEREDITH A. ARFA
Assistant U.S. Attorneys
(Of Counsel)

LAURA BILLINGS
CHRISTIAN J. NAUVEL
Trial Attorneys

THEA D. R. KENDLER
DAVID LIM
R. ELIZABETH ABRAHAM
Trial Attorneys