

U.S. Department of Justice

United States Attorney
Eastern District of New York

AAS:JN/DKK/SME/MAA
F. #2017R05903

271 Cadman Plaza East
Brooklyn, New York 11201

September 8, 2021

<u>By ECF and Email</u>

Honorable Cheryl L. Pollak
Chief United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    United States v. Huawei Technologies Co., Ltd., et al.
                 <u>Criminal Docket No. 18-457 (S-3) (AMD)</u>

Dear Chief Judge Pollak:

        The government hereby submits a motion and proposed order to close the courtroom for the telephonic status conference on the motion to compel filed by defendants Huawei Technologies Co., Ltd., Huawei Device Co., Ltd., Huawei Device USA Inc., and Futurewei Technologies, Inc., scheduled for September 9, 2021 at 3:45 pm, and requests that, for the reasons set forth therein, the attached motion and any order entered by the Court be filed under seal.

                                                   Respectfully submitted,

                                                   JACQUELYN M. KASULIS
                                                   Acting United States Attorney

                      By:     /s/
                              Alexander A. Solomon
                              Julia Nestor
                              David K. Kessler
                              Sarah M. Evans
                              Meredith A. Arfa
                              Assistant U.S. Attorneys
                              (718) 254-7000

cc:    Defense counsel (by Hand)