

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JN/DKK/LB/CJN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 23, 2021

By Email and ECF

Thomas C. Green
Mark D. Hopson
Michael A. Levy
Brian J. Stretch
Douglas A. Axel
Melissa Colon-Bosolet
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Matthew D. Cipolla
Jenner & Block LLP

    Re: United States v. Huawei Technologies Co., Ltd., et al.
       Criminal Docket No. 18-457 (S-3) (AMD)

Dear Counsel:

    Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019. See ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendants.

I. <u>The Government's Discovery</u>

| **Document Description** | **Category of Discovery Pursuant to Protective Order** | **Bates Range** |
|---|---|---|
| Financial institution records. | Discovery Material | DOJ_HUAWEI_A_0111341896 – DOJ_HUAWEI_A_0111351424 |

        Very truly yours,

        NICOLE BOECKMANN
        Acting United States Attorney
        Acting Under Authority Conferred by 28
        U.S.C. § 515

By:  /s/ Julia Nestor
    Alexander A. Solomon
    Julia Nestor
    David K. Kessler
    Sarah Evans
    Meredith Arfa
    Assistant United States Attorneys
    (718) 254-7000

    DEBORAH L. CONNOR
    Chief, Money Laundering and Asset
    Recovery Section, Criminal Division
    U.S. Department of Justice

By:  /s/ Laura Billings
    Laura Billings
    Christian J. Nauvel
    Trial Attorneys

>JAY I. BRATT
>Chief, Counterintelligence and Export
>Control Section
>National Security Division, U.S. Department
>of Justice
>
>By: <u>/s/ Thea D. R. Kendler</u>
>Thea D. R. Kendler
>David Lim
>R. Elizabeth Abraham
>Trial Attorneys

cc: Clerk of the Court (AMD) (by ECF) (without Enclosures)