UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD., et al.,<br><br>Defendants. | Case No. 18 Cr. 457 (AMD)<br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE** |

Upon the annexed affidavit in support of this motion and the Certificate of Good Standing annexed thereto, I, Ellyce R. Cooper, respectfully move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing my admission as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Device Co., Ltd., and Futurewei Technologies, Inc.  I am a member of the firm of Sidley Austin LLP and a member in good standing of the bar of California.  I am also admitted to practice in the Central District of California.  There are no pending disciplinary proceedings against me in any State or Federal court.

Dated: September 30, 2021

Respectfully submitted,

/s/ Ellyce R. Cooper
Ellyce R. Cooper
Sidley Austin LLP
1999 Avenue of the Stars
17th Floor
Los Angeles, CA  90067
ecooper@sidley.com
*Counsel for Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Device Co., Ltd., and Futurewei Technologies, Inc.*