

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DKK
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 5, 2021

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: United States v. Huawei Technologies Co., Ltd., et al.
           Criminal Docket No. 18-00457 (S-3) (AMD)

Dear Judge Donnelly:

      The government respectfully submits this letter on behalf of the parties to request that the October 6, 2021, status conference in this matter be adjourned to December 15, 2021, at 11:00 a.m., a time that the government understands to be convenient for the Court.

      Respectfully Submitted,

      NICOLE BOECKMANN
      Acting United States Attorney
      Acting Under Authority Conferred by 28
      U.S.C. § 515

By:     /s/ David K. Kessler
      Alexander A. Solomon
      Julia Nestor
      David K. Kessler
      Sarah M. Evans
      Meredith A. Arfa
      Assistant U.S. Attorneys

DEBORAH L. CONNOR
Chief
Money Laundering and Asset Recovery Section
Criminal Division, U.S. Department of Justice

Laura M. Billings
Christian J. Nauvel
Trial Attorneys

JAY I. BRATT
Chief
Counterintelligence and Export Control Section
National Security Division, U.S. DOJ

Thea D. R. Kendler
David Lim
R. Elizabeth Abraham
Trial Attorneys