

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

JN/DKK/LB/CJN
F. #2017R05903

*271 Cadman Plaza East
Brooklyn, New York 11201*

October 26, 2021

<u>By Email and ECF</u>

Thomas C. Green
Mark D. Hopson
Michael A. Levy
Brian J. Stretch
Douglas A. Axel
Melissa Colon-Bosolet
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Matthew D. Cipolla
Jenner & Block LLP

    Re: <u>United States v. Huawei Technologies Co., Ltd., et al.
       Criminal Docket No. 18-457 (S-3) (AMD)</u>

Dear Counsel:

    Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019. <u>See</u> ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendants.

I. <u>The Government's Discovery</u>

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Financial institution records. | Sensitive Discovery Material ("SDM") | DOJ_HUAWEI_A_0111351450 – DOJ_HUAWEI_A_0111351464 |
| Financial institution records. | Discovery Material | DOJ_HUAWEI_A_0111351465 |

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Financial institution records. | SDM | DOJ_HUAWEI_A_0111351466 |

        Very truly yours,

        NICOLE BOECKMANN
        Acting United States Attorney
        Acting Under Authority Conferred by 28
        U.S.C. § 515

By:   /s/ Julia Nestor
        Alexander A. Solomon
        Julia Nestor
        David K. Kessler
        Sarah Evans
        Meredith Arfa
        Assistant United States Attorneys
        (718) 254-7000

        DEBORAH L. CONNOR
        Chief, Money Laundering and Asset
        Recovery Section, Criminal Division
        U.S. Department of Justice

By:   /s/ Laura Billings
        Laura Billings
        Christian J. Nauvel
        Trial Attorneys

        JAY I. BRATT
        Chief, Counterintelligence and Export
        Control Section
        National Security Division, U.S. Department
        of Justice

By:   /s/ Thea D. R. Kendler
        Thea D. R. Kendler
        David Lim
        R. Elizabeth Abraham
        Trial Attorneys

cc:    Clerk of the Court (AMD) (by ECF) (without Enclosures)