

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MAA
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 8, 2022

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Huawei Technologies Co., Ltd., et al.
               Criminal Docket No. 18-00457 (S-3) (AMD)

Dear Judge Donnelly:

      The government respectfully requests that the status conference in this matter currently scheduled for June 28, 2022, be adjourned to July 25, 2022 at 11 a.m., which is a time the government understands to be convenient for the Court. Defense counsel consents to this request.

      The Court has designated this case as complex, and previously excluded time under the Speedy Trial clock until June 15, 2022. The government requests that time under the

Speedy Trial clock be excluded in the interests of justice between June 15, 2022 and the date of the next status conference set by the Court. Defense counsel consents to this request.

          Respectfully Submitted,

          CAROLYN POKORNY
          Attorney for the United States,
          Acting Under Authority Conferred by
            28 U.S.C. § 515
          Eastern District of New York

By:   /s/ Meredith A. Arfa
      Alexander A. Solomon
      David K. Kessler
      Sarah Evans
      Meredith A. Arfa
      Assistant United States Attorneys
      (718) 254-7000

| | |
|---|---|
| DEBORAH L. CONNOR | JAY I. BRATT |
| Chief | Chief |
| Money Laundering and Asset Recovery Section | Counterintelligence and Export Control Section |
| Criminal Division | National Security Division |
| U.S. Department of Justice | U.S. Department of Justice |
| | |
| Laura M. Billings | David Lim |
| Christian J. Nauvel | R. Elizabeth Abraham |
| Trial Attorneys | Trial Attorneys |