# SIDLEY

# JENNER&BLOCK LLP

July 20, 2022

**By ECF**

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers N 415
Brooklyn, NY 11201

Re:     *United States v. Huawei Technologies Co., Ltd., et al., 18 CR 457 (S-2)(AMD)*

Dear Judge Donnelly:

Defendants Huawei Technologies Co., Ltd., Huawei Device Co., Ltd., Huawei Device USA, Inc., and Futurewei Technologies, Inc. (collectively, "Huawei"), respectfully submit this letter to request that the July 25, 2022 status conference in this matter be adjourned to October 27, 2022, at 12:00 p.m., a time when all counsel are available, and that counsel understands to be convenient for the Court.  The parties have conferred and agree there is no present need for a status conference.  The Government consents to this request.  Huawei consents to the exclusion of time under the Speedy Trial Act until the date of the adjourned conference.

Respectfully submitted,

/s/ Thomas C. Green               /s/ David Bitkower
Thomas C. Green                   David Bitkower
Mark D. Hopson                    Matthew S. Hellman
Michael A. Levy
Joan M. Loughnane
Douglas A. Axel
Ellyce R. Cooper
Melissa Colón-Bosolet
SIDLEY AUSTIN LLP                 JENNER & BLOCK LLP
1501 K Street, NW                 1099 New York Avenue, NW
Washington, D.C. 20005            Washington, D.C. 20001
Tel.: 202-736-8069                Tel.: 202-639-6048
Email: tcgreen@sidley.com         Email: dbitkower@jenner.com

*Counsel for Defendants Huawei Technologies Co., Ltd., Huawei Device Co., Ltd.,*
*Huawei Device USA, Inc., and Futurewei Technologies, Inc.*