**SIDLEY**                                                          **JENNER&BLOCK** LLP

February 2, 2023

**By ECF**

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers N 415
Brooklyn, NY 11201

     Re:    <u>**United States v. Huawei Technologies Co., Ltd., et al., S3 18 CR 457 (AMD)**</u>

Dear Judge Donnelly:

    Defendants Huawei Technologies Co., Ltd., Huawei Device Co., Ltd., Huawei Device USA, Inc., and Futurewei Technologies, Inc. (collectively, "Huawei"), respectfully submit this letter to request that the February 7, 2023 status conference in this matter be adjourned to May 19, 2023, at 11:00 a.m., a time when all counsel are available, and that counsel understands to be convenient for the Court. The parties have conferred and agree there is no present need for a status conference. The Government consents to this request. Huawei consents to the exclusion of time under the Speedy Trial Act until the date of the adjourned conference.

                                                   Respectfully submitted,

| <u>/s/ Thomas C. Green</u> | <u>/s/ David Bitkower</u> |
|---|---|
| Thomas C. Green | David Bitkower |
| Mark D. Hopson | Matthew S. Hellman |
| Michael A. Levy | JENNER & BLOCK LLP |
| Douglas A. Axel | 1099 New York Avenue, NW |
| Brian J. Stretch | Washington, D.C. 20001 |
| Ellyce R. Cooper | Tel.: 202-639-6048 |
| Melissa Colón-Bosolet | Email: dbitkower@jenner.com |
| SIDLEY AUSTIN LLP | |
| 1501 K Street, NW | |
| Washington, D.C. 20005 | |
| Tel.: 202-736-8069 | |
| Email: tcgreen@sidley.com | |

*Counsel for Defendants Huawei Technologies Co., Ltd., Huawei Device Co., Ltd., Huawei Device USA, Inc., and Futurewei Technologies, Inc.*