

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MAA/LB/CJN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 2, 2023

<u>By Email and ECF</u>

Thomas C. Green
Mark D. Hopson
Michael A. Levy
Brian J. Stretch
Douglas A. Axel
Melissa Colon-Bosolet
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Matthew D. Cipolla
Jenner & Block LLP

    Re: United States v. Huawei Technologies Co., Ltd., et al.
       <u>Criminal Docket No. 18-457 (S-3) (AMD)</u>

Dear Counsel:

    Enclosed please find the government's production of discovery, which supplements the government's previous productions. The government is producing this discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure and, in an abundance of caution, with <u>Brady v. Maryland</u>, 373 U.S. 83 (1963). The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019 ("the Protective Order"). <u>See</u> ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendants.

I.      The Government's Discovery

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Financial institution records. | Discovery Material ("DM") | DOJ_HUAWEI_A_0117029840 – DOJ_HUAWEI_A_0117029859 |
| Federal Bureau of Investigation records. | Sensitive Discovery Material | DOJ_HUAWEI_A_0117029860 – DOJ_HUAWEI_A_0117029875 |
| Federal Bureau of Investigation records. | DM | DOJ_HUAWEI_A_0117029876 DOJ_HUAWEI_A_0117029886 |

          Very truly yours,

          CAROLYN POKORNY
          Attorney for the United States,
          Acting Under Authority Conferred by 28
          U.S.C. § 515,
          Eastern District of New York

By:    /s/ Meredith A. Arfa
          Alexander A. Solomon
          Meredith A. Arfa
          Robert Pollack
          Assistant United States Attorneys
          (718) 254-7000

          MARGARET A. MOESER
          Acting Chief, Money Laundering and
          Asset Recovery Section, Criminal Division,
          U.S. Department of Justice

By:    /s/ Laura Billings
          Laura Billings
          Christian J. Nauvel
          Trial Attorneys

JENNIFER KENNEDY GELLIE
Acting Chief, Counterintelligence and
Export Control Section,
National Security Division,
U.S. Department of Justice

By: /s/ David Lim
David Lim
Trial Attorney