

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| AAS/MAA/RMP<br>F. #2017R05903 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

November 17, 2023

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    United States v. Huawei Technologies Co., Ltd., et al.
                  Criminal Docket No. 18-457 (S-3) (AMD)

Dear Judge Donnelly:

        The government respectfully submits this letter on behalf of the parties to provide a joint status report and to request an adjournment of the forthcoming status conference in the above-referenced matter, currently scheduled for December 12, 2023, and a corresponding exclusion of time under the Speedy Trial Act. As the Court may recall, at the May 25, 2023 status conference, the parties agreed to propose a joint briefing schedule regarding substantive motions, and, on June 9, 2023, the defense filed a two-page letter describing the numerous substantive and discovery motions that it anticipated filing. (ECF No. 387.) On September 5, 2023, the government, on behalf of the parties, requested an adjournment of the upcoming status conference, then scheduled for September 12, 2023. (ECF No. 390.) The parties explained that, since June 9, the parties had been engaged in substantive discussions that might narrow the range of disputed issues or entirely obviate the necessity of filing certain motions contemplated by the defense, and that the parties believed that resolution might result in a considerable savings of judicial resources. (Id.) Since September 5, the parties have continued to make significant progress, though the discussions have not been completed, as the parties had anticipated in September. Because the discussions remain ongoing and productive, and the parties continue to believe that resolution may result in a considerable savings of judicial resources, the parties jointly request adjournment of the status conference for a period of three months to enable completion of these discussions.

        The Court has designated this case as complex, and the government requests that time under the Speedy Trial clock be excluded in the interests of justice between December 12, 2023 and the date of the next status conference set by the Court. The parties respectfully submit

1

that the interests of justice served by excluding time to facilitate the discussions described above outweigh the interests of the defendants and the public in a speedy trial.

        Respectfully submitted,

        BREON PEACE
        United States Attorney
        Eastern District of New York

By:   /s/ Meredith A. Arfa
        Alexander A. Solomon
        Meredith A. Arfa
        Robert Pollack
        Assistant United States Attorneys
        (718) 254-7000

        MARGARET A. MOESER
        Acting Chief, Money Laundering and Asset
        Recovery Section,
        Criminal Division
        U.S. Department of Justice

By:   /s/ Laura Billings
        Laura Billings
        Trial Attorney

        JENNIFER KENNEDY GELLIE
        Acting Chief, Counterintelligence and
        Export Control Section
        National Security Division, U.S. Department
        of Justice

By:   /s/ David Lim
        David Lim
        Christian Nauvel
        Yifei Zheng
        Garrett Coyle
        Trial Attorneys

cc: Clerk of the Court (by ECF and Email)
    Defense counsel of record (by ECF)