

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MAA/LB/CJN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 19, 2023

By Email and ECF

Mark D. Hopson
Michael A. Levy
Brian J. Stretch
Douglas A. Axel
Melissa Colon-Bosolet
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Matthew D. Cipolla
Jenner & Block LLP

      Re:    United States v. Huawei Technologies Co., Ltd., et al.
                Criminal Docket No. 18-457 (S-3) (AMD)

Dear Counsel:

      Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019 ("the Protective Order"). See ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendants.

I.      <u>The Government's Discovery</u>

The enclosed discovery contains documents produced to the government by the entity identified as Company 1 in the Third Superseding Indictment and Bates stamped DOJ_HUAWEI_A_0117092722 through DOJ_HUAWEI_A_0117154305.  The document designations pursuant to the Protective Order are set forth in the following chart.

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Company 1 records. | Sensitive Discovery Material | DOJ_HUAWEI_A_0117092722 – DOJ_HUAWEI_A_0117141884 |
| Company 1 records. | Discovery Material | DOJ_HUAWEI_A_0117141885 – DOJ_HUAWEI_A_0117154305 |

Very truly yours,

BREON PEACE
United States Attorney
Eastern District of New York

By:   /s/ Meredith A. Arfa
Alexander A. Solomon
Meredith A. Arfa
Robert Pollack
Assistant United States Attorneys
(718) 254-7000

MARGARET A. MOESER
Acting Chief, Money Laundering and Asset Recovery Section, Criminal Division
U.S. Department of Justice

By:   /s/ Laura Billings
Laura Billings
Trial Attorney

        JENNIFER KENNEDY GELLIE
Acting Chief, Counterintelligence and
Export Control Section
National Security Division, U.S. Department
of Justice

By:    /s/ David Lim
       David Lim
       Christian Nauvel
       Yifei Zheng
       Garrett Coyle
       Trial Attorneys