UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

  -against-

HUAWEI TECHNOLOGIES CO., LTD., et al.

                     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 18 Cr. 457 (AMD)

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that, pursuant to Local Criminal Rule 1.2 and upon the accompanying Declaration of Brian J. Stretch, I hereby move this Court to withdraw my appearance for Defendants Huawei Technologies Co., Ltd., Huawei Device USA, Inc. Huawei Device Co., Ltd., and Futurewei Technologies, Inc., and to remove my name from the ECF service lists in the above-captioned action.

Dated: February 26, 2024        By:    */s/ Brian J. Stretch*
                                                 Brian J. Stretch
                                                 SIDLEY AUSTIN LLP
                                                 555 California Street, Suite 2000
                                                 San Francisco, CA 94104
                                                 (415) 772-1200
                                                 bstretch@sidley.com

                                                 *Attorney for Huawei Technologies Co., Ltd., Huawei Device USA, Inc. Huawei Device Co., Ltd., and Futurewei Technologies, Inc.*