UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

  -against-

HUAWEI TECHNOLOGIES CO., LTD., et al.

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 18 Cr. 457 (AMD)

**DECLARATION OF
BRIAN J. STRETCH**

Brian J. Stretch, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a partner at the law firm Sidley Austin LLP ("Sidley Austin"), counsel for Defendants Huawei Technologies Co., Ltd., Huawei Device USA, Inc. Huawei Device Co., Ltd., and Futurewei Technologies, Inc. in this matter. I submit this declaration in compliance with Local Criminal Rule 1.2 to notify the Court that I am withdrawing as counsel because I will be leaving Sidley Austin.

2. My withdrawal will not delay the matter or prejudice any party, and I am not retaining or charging a lien.

3. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 26, 2024

By:  */s/ Brian J. Stretch*
     Brian J. Stretch
     SIDLEY AUSTIN LLP
     555 California Street, Suite 2000
     San Francisco, CA 94104
     (415) 772-1200
     bstretch@sidley.com

     *Attorney for Huawei Technologies Co., Ltd., Huawei Device USA, Inc. Huawei Device Co., Ltd., and Futurewei Technologies, Inc.*