

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MAA/LB/CJN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 5, 2024

By Email and ECF

Mark D. Hopson
Michael A. Levy
Douglas A. Axel
Melissa Colon-Bosolet
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Matthew D. Cipolla
Jenner & Block LLP

   Re: United States v. Huawei Technologies Co., Ltd., et al.
     Criminal Docket No. 18-457 (S-3) (AMD)

Dear Counsel:

  Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019 ("the Protective Order"). See ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendants.

I. The Government's Discovery

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Records regarding the Professor. | Sensitive Discovery Material | DOJ_HUAWEI_A_0122374717 – DOJ_HUAWEI_A_0122375077 |
| Records regarding the Professor. | Discovery Material | DOJ_HUAWEI_A_0122375078 – DOJ_HUAWEI_A_0122375084 |

      Very truly yours,

      BREON PEACE
      United States Attorney
      Eastern District of New York

By: /s/ Meredith A. Arfa
   Alexander A. Solomon
   Meredith A. Arfa
   Robert Pollack
   Assistant United States Attorneys
   (718) 254-7000

   MARGARET A. MOESER
   Acting Chief, Money Laundering and Asset
   Recovery Section, Criminal Division
   U.S. Department of Justice

By: /s/ Laura Billings
   Laura Billings
   Jasmin Salehi Fashami
   Taylor Stout
   Trial Attorneys

   JENNIFER KENNEDY GELLIE
   Acting Chief, Counterintelligence and
   Export Control Section
   National Security Division, U.S. Department
   of Justice

By: /s/ David Lim
   David Lim
   Christian Nauvel
   Yifei Zheng
   Garrett Coyle
   Trial Attorneys