**SIDLEY**                                                          **JENNER&BLOCK** LLP

May 31, 2024

**VIA ECF**
The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *United States v. Huawei Technologies Co. Ltd.*, No. 1:18-cr-00457 (S-3) (AMD) (CLP)

Dear Judge Donnelly:

  We submit this application jointly on behalf of the parties to request a two-week extension to the schedule for briefing on the Defendants' motions pertaining to the protective order and the Bureau of Industry and Security ("BIS") license.

  At the April 4 status conference, the Court entered a schedule for pretrial discovery and briefing. Dkt. 417, 418. Under that schedule, Defendants are due to file contemplated motions concerning the protective order and/or BIS licenses on or before May 31, 2024. Prior to and since the April 4 status conference, the parties have been diligently meeting and conferring to try to narrow the issues for the Court to resolve. The parties respectfully submit than an additional two week extension of the May 31 motions deadline (and corresponding extensions to the government's opposition and defense reply deadlines) will allow the parties to finalize any agreements and fully ripen any remaining areas of dispute. The parties do not by this application seek the modification of any other pretrial deadlines. Accordingly, the parties request a modification of the pre-trial schedule as follows:

| Filing | Current Deadline | Proposed Deadline |
|---|---|---|
| Motion(s) concerning protective order and/or Bureau of Industry and Security ("BIS") licenses | May 31, 2024 | June 14, 2024 |
| Government response re: protective order and/or BIS licenses | July 1, 2024 | July 15, 2024 |
| Defense reply re: protective order and/or BIS licenses | July 15, 2024 | July 29, 2024 |

*United States v. Huawei Technologies Co. Ltd.*,
No. 1:18-cr-00457 (S-3) (AMD) (CLP)
May 31, 2024
Page 2

                                  Respectfully submitted,

| /s/ Douglas A. Axel | /s/ David Bitkower |
|---|---|
| Douglas A. Axel | David Bitkower |
| Michael A. Levy | Matthew S. Hellman |
| Ellyce R. Cooper | JENNER & BLOCK LLP |
| Frank R. Volpe | 1099 New York Avenue, NW |
| Melissa Colón-Bosolet | Washington, D.C. 20001 |
| SIDLEY AUSTIN LLP | Tel: 202-639-6048 |
| 787 7th Avenue | Email: dbitkower@jenner.com |
| New York, NY 10019 | |
| Tel.: 212-839-5300 | |
| Email: daxel@sidley.com | |

*Counsel for Huawei Technologies Co., Ltd., Huawei Device USA Inc.,
Huawei Device Co., Ltd., and Futurewei Technologies, Inc.*

CC: Clerk of the Court (AMD) (by ECF)