UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

    - v. -

HUAWEI TECHNOLOGIES CO.
LTD., *et al*.,

            Defendants.

_____

18 CR 457 (S-3) (AMD)

**NOTICE OF MOTION**

**ORAL ARGUMENT REQUESTED**

Dated:  September 6, 2024

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law dated September 6, 2024, the undersigned will move this Court on a date and time to be designated by the Court, before the Honorable Anne M. Donnelly, at the United States Federal Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, for an order severing Counts 4–16 from Counts 1–3.

PLEASE TAKE FURTHER NOTICE, that upon prior order of the Court, answering papers, if any, shall be served on or before October 4, 2024, and any reply papers shall be served on or before October 18, 2024.

Dated:     New York, New York
            September 6, 2024

/s/ Douglas A. Axel
Douglas A. Axel
Michael A. Levy
Jennifer Saulino
Daniel Rubinstein
Ellyce R. Cooper
Frank Volpe
Melissa Colón-Bosolet
SIDLEY AUSTIN LLP
787 7th Avenue
New York, NY 10019
Tel.: 212-839-5300
Email: daxel@sidley.com

/s/ David Bitkower
David Bitkower
Matthew S. Hellman
JENNER & BLOCK LLP
1099 New York Avenue, NW
Washington, D.C. 20001
Tel: 202-639-6048
Email: dbitkower@jenner.com

*Counsel for Huawei Technologies Co., Ltd., Huawei Device USA Inc.,
Huawei Device Co., Ltd., and Futurewei Technologies, Inc.*