**SIDLEY**  **JENNER & BLOCK LLP**  **Steptoe**

May 27, 2025

**Via ECF**
The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *United States v. Huawei Technologies Co. Ltd.*, No. 1:18-cr-00457 (S-3)
      Unopposed Request to Modify Deadline for Suppression Motion

Dear Judge Donnelly:

  We write on behalf of Defendants Huawei Technologies Co., Ltd., Huawei Device USA Inc., Huawei Device Co., Ltd., and Futurewei Technologies, Inc. (collectively, "Huawei"). The Court previously set a deadline of May 30, 2025 for Huawei to file any motion to suppress evidence produced on or before February 28, 2025. *See* Dkt. 509. Huawei intends to move to suppress, among other things, certain evidence related to the conduct that was the subject of its motion to exclude. Dkt. 503. Huawei respectfully requests that the Court modify Huawei's deadline to file any motion to suppress evidence produced on or before February 28, 2025 until two weeks after the Court rules on the motion to exclude, with response and reply deadlines extended a corresponding time period. Doing so would promote efficiency and minimize the possibility of unnecessary briefing, and should have no effect on the current trial schedule.

  The government does not oppose this motion.

             Respectfully submitted,

             /s/ Douglas A. Axel

| David Bitkower | Douglas A. Axel | Brian M. Heberlig |
|---|---|---|
| Matthew S. Hellman | Michael A. Levy | Ryan P. Poscablo |
| JENNER & BLOCK LLP | Ellyce R. Cooper | Jessica I. Rothschild |
| 1099 New York Avenue, NW | Frank R. Volpe | STEPTOE LLP |
| Washington, D.C. 20001 | Melissa Colón-Bosolet | 1114 Avenue of the Americas |
| (202) 639-6048 | Daniel J. Hay | New York, NY 10036 |
| dbitkower@jenner.com | SIDLEY AUSTIN LLP | (212) 506-3900 |
| | 787 7th Avenue | rposcablo@steptoe.com |
| | New York, NY 10019 | |
| | (212) 839-5300 | |
| | daxel@sidley.com | |

*Counsel for Huawei Technologies Co., Ltd., Huawei Device USA Inc.,
Huawei Device Co., Ltd., and Futurewei Technologies, Inc.*