

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AAS/RMP/MAA/MS                               *271 Cadman Plaza East*
F. #2017R05903                               *Brooklyn, New York 11201*

                                             June 16, 2025

<u>By ECF and E-mail</u>

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

               Re:    United States v. Huawei Technologies Co., Ltd., et al.
                      <u>Criminal Docket No. 18-457 (S-3) (AMD)</u>

Dear Judge Donnelly,

          The government respectfully submits this letter to inform the Court of its position regarding trial date in the above-referenced matter.  In response to the defendants' request for a trial date in September 2026, the government is prepared to agree to an adjournment of the trial date until the Spring of 2026.

                              Respectfully submitted,

                              JOSEPH NOCELLA, JR.
                              United States Attorney
                              Eastern District of New York

               By:     <u>/s/                        </u>
                              Alexander A. Solomon
                              Meredith A. Arfa
                              Robert M. Pollack
                              Assistant United States Attorneys
                              (718) 254-7000

                              JENNIFER KENNEDY GELLIE
                              Executive Deputy Chief,
                              Counterintelligence and Export Control
                              Section, National Security Division,
                              U.S. Department of Justice

Christian J. Nauvel
Ahmed Almudallal
Sean O'Dowd
Trial Attorneys

MARGARET A. MOESER
Chief, Money Laundering and
Asset Recovery Section, Criminal Division,
U.S. Department of Justice

Taylor Stout
Morgan Cohen
Jasmin Salehi Fashami
Trial Attorneys

Enclosure

Cc:     Clerk of the Court (by ECF and E-mail)
        Counsel of Record (by ECF)

2