UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                           18-CR-457 (AMD)

HUAWEI TECHNOLOGIES CO., LTD. et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that Assistant United States Attorney Victor Zapana from this point forward will be added as filter counsel in the above-captioned matter.

       All future correspondence to the United States in the above-captioned matter should be sent to:

       Assistant U.S. Attorney Victor Zapana
       United States Attorney's Office (Criminal Division)
       271-A Cadman Plaza East
       Brooklyn, New York 11201
       Tel:  (718) 254-7000
       Email: Victor.Zapana@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Victor Zapana at the email address set forth above.

Dated: Brooklyn, New York
October 9, 2025

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Victor Zapana
Victor Zapana
Assistant U.S. Attorney

cc: Clerk of the Court (AMD)