


January 2, 2026

**Via ECF**

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *United States v. Huawei Technologies Co., Ltd. et al.*, No. 18-cr-457 (S-3)
<u>Unopposed Motion to Extend Deadline for Defendants' Response to the Government's Preliminary Motions in Limine and for Leave to File Additional Pages</u>

Dear Judge Donnelly:

We write on behalf of the Huawei Defendants to respectfully request that the Court extend the Defendants' deadline to file their response to the government's preliminary motions in limine to January 23, 2026. The Huawei Defendants also respectfully request leave for a total page limit of 45 pages for their response. The government filed its preliminary motions in limine on December 1, 2025 and received permission from the Court to file its supporting memorandum with additional pages. *See* ECF No. 589 and Dec. 5, 2025 Order. Defendants' response is currently due on January 9, 2026. *See* Oct. 2, 2025 Order. Defendants make these requests in good faith to allow defense counsel time to review and respond to the government's arguments set forth in support of its motions. The government consents to both requests.

Respectfully submitted,

<u>/s/ David Bitkower</u>
David Bitkower
Matthew S. Hellman
JENNER & BLOCK LLP
1099 New York Avenue, NW
Washington, D.C. 20001
(202) 639-6048
dbitkower@jenner.com

Douglas A. Axel
Michael A. Levy
Ellyce R. Cooper
Frank R. Volpe
Melissa Colón-Bosolet
Daniel J. Hay
SIDLEY AUSTIN LLP
787 7th Avenue
New York, NY 10019
(212) 839-5300
daxel@sidley.com

Brian M. Heberlig
Ryan P. Poscablo
William L. Drake
Jessica I. Rothschild
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 506-3900
rposcablo@steptoe.com

*Counsel for Huawei Technologies Co., Ltd., Huawei Device USA Inc.,
Huawei Device Co., Ltd., and Futurewei Technologies, Inc.*