

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TGS/MAA
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 6, 2026

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Huawei Technologies Co., Ltd., et al.
                Criminal Docket No. 18-457 (S-3) (AMD)

Dear Judge Donnelly:

      Pursuant to the Court's January 3, 2026 Order, the parties have met and conferred about whether they would like to proceed with the status conference scheduled for January 8, 2026, at 2:30 p.m., or adjourn the conference until early February. The parties do not object to adjournment of the status conference, although the parties recognize that the defense will write separately to respond to the government's December 23, 2025 notice regarding a superseding indictment. The parties are available for a status conference the week of February 9 (other than February 13).

      Separately, the defense also requests oral argument on the preliminary motions *in limine*. The government does not believe that oral argument is necessary, but to the extent the Court wishes to schedule oral argument, the parties are available the week of February 23.

                              Respectfully submitted,

| | |
|---|---|
| Douglas A. Axel<br>Michael A. Levy<br>Ellyce R. Cooper<br>Frank R. Volpe<br>Melissa Colón-Bosolet<br>Daniel J. Hay<br>SIDLEY AUSTIN LLP<br>787 7th Avenue<br>New York, NY 10019<br>(212) 839-5300<br>daxel@sidley.com | JOSEPH NOCELLA, JR.<br>United States Attorney<br>Eastern District of New York<br><br>  /s/                         <br>Alexander A. Solomon<br>Meredith A. Arfa<br>Robert Pollack<br>Matthew Skurnik<br>(718) 254-7000 |
| David Bitkower<br>Matthew S. Hellman<br>JENNER & BLOCK LLP<br>1099 New York Avenue, NW<br>Washington, D.C. 20001<br>(202) 639-6048<br>dbitkower@jenner.com | MARGARET A. MOESER<br>Chief, Money Laundering, Narcotics and Forfeiture Section,<br>Criminal Division,<br>U.S. Department of Justice<br><br>Taylor G. Stout<br>Morgan J. Cohen<br>Jasmin Salehi Fashami<br>Trial Attorneys |
| Brian M. Heberlig<br>Ryan P. Poscablo<br>Julia Gatto<br>William L. Drake<br>Jessica I. Rothschild<br>STEPTOE LLP<br>1114 Avenue of the Americas<br>New York, NY 10036<br>(212) 506-3900<br>rposcablo@steptoe.com | CHRISTIAN NAUVEL<br>Acting Chief, Counterintelligence and Export Control Section,<br>National Security Division,<br>U.S. Department of Justice<br><br>Sean O'Dowd<br>Christopher Fenton<br>Trial Attorneys |

*Counsel for Huawei Technologies Co., Ltd.,*
*Huawei Device USA Inc.,*
*Huawei Device Co., Ltd., and Futurewei*
*Technologies, Inc.*