

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MAA
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 28, 2026

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:  United States v. Huawei Technologies Co., Ltd., et al.
>      Criminal Docket No. 18-457 (S-3) (AMD)

Dear Judge Donnelly:

The government respectfully seeks leave of the Court to file a brief replying to the defendants' January 23, 2026, response to the government's preliminary motions *in limine* (ECF No. 615), by no later than February 20, 2026. The government respectfully submits that a reply brief is warranted given the complexity of the defendants' arguments, and that such deadline is appropriate both given the arguments to be addressed and other upcoming case deadlines. The defendants consent to this request.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By:  /s/
Alexander A. Solomon
Meredith A. Arfa
Robert Pollack
Matthew Skurnik
Assistant United States Attorneys
(718) 254-7000

1

MARGARET A. MOESER
Chief, Money Laundering, Narcotics and
Forfeiture Section,
Criminal Division,
U.S. Department of Justice

Taylor G. Stout
Morgan Cohen
Jasmin Salehi Fashami
Trial Attorneys

CHRISTIAN NAUVEL
Acting Chief, Counterintelligence and
Export Control Section,
National Security Division,
U.S. Department of Justice

Christopher Fenton
Trial Attorney

cc: Clerk of the Court (by ECF and Email)
    Defense counsel of record (by ECF)