

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| MAA/CF | *271 Cadman Plaza East* |
| F. #2017R05903 | *Brooklyn, New York 11201* |

May 11, 2026

<u>By ECF</u>

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  United States v. Huawei Technologies Co., Ltd., et al.
       <u>Criminal Docket No. 18-457 (S-4) (AMD)</u>

Dear Judge Donnelly:

    On April 30, 2026, the government wrote on behalf of the parties to notify the Court they had met and conferred regarding potential experts and, while the parties were continuing to engage in good faith discussions, it appeared likely that motions would be necessary to resolve the disputed issues. (ECF 692.) The government respectfully writes today to provide the Court with an update, namely that, despite good faith efforts, the parties have been unable to narrow the issues relating to their potential experts. Accordingly, the government renews its motion for leave to file an omnibus *Daubert* motion and an oversize brief in support of that motion. (ECF No. 690.) Among other things, the government's *Daubert* motion will explain why the testimony defendants propose to elicit from several of their experts is irrelevant and otherwise not an appropriate subject of expert opinion under the Federal Rules of Evidence, and should therefore be excluded in its entirety. The government also requests that the Court enter an order adopting the following proposed schedule for motions relating to noticed experts, to which counsel for the defendants consent:

- May 18, 2026: Motions due
- June 9, 2026: Reponses due
- June 23, 2026: Replies due

1

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By:    <u>/s/</u>
Alexander A. Solomon
Meredith A. Arfa
Robert Pollack
Matthew Skurnik
Matthew F. Sullivan
Assistant United States Attorneys
(718) 254-7000

MARGARET A. MOESER
Chief, Money Laundering, Narcotics and
Forfeiture Section,
Criminal Division,
U.S. Department of Justice

Taylor Stout
Morgan Cohen
Jasmin Salehi Fashami
Trial Attorneys

CHRISTIAN J. NAUVEL
Acting Chief, Counterintelligence and
Export Control Section,
National Security Division,
U.S. Department of Justice

Christopher Fenton
Trial Attorney

cc: Clerk of the Court (by ECF and Email)
    Defense counsel of record (by ECF)

2