**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MAA
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 20, 2026

By ECF and Email

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Huawei Technologies Co., Ltd., et al.
Criminal Docket No. 18-457 (S-4) (AMD)

Dear Judge Donnelly:

The government is providing, via USAfx, a set of the government's current trial exhibits and an accompanying exhibit list. The government is also providing, via USAfx, the government's current witness list. The government will provide courtesy hard copies of these exhibit and witness lists to chambers.

The government also will provide to chambers a small set of exhibits and a supplemental witness list that have been marked as Attorneys' Eyes Only pursuant to the protective order entered in the case. *See* ECF No. 57. The government will move the Court to treat these exhibits and the supplemental witness list as Highly Sensitive Documents by separate application.

With respect to the witness list, the government has advised the defendants that, in addition to the listed witnesses, the government will call witnesses regarding chain of custody and records custodians, witnesses who seized evidence, witnesses involved in the extraction and formatting of data from electronic devices, publication witnesses, linguists, percipient witnesses, or any other witnesses for the purpose of authenticating evidence under the Federal Rules of Evidence, if necessary. The government is conferring with the defendants regarding such witnesses and hopes the parties will be able to reach stipulations regarding much of this subject matter, thereby obviating the need for witness testimony. The government also has advised the

defendants that its preparation for trial is ongoing, and accordingly the government reserves the right to disclose additional exhibits.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By: /s/
Alexander A. Solomon
Meredith A. Arfa
Robert Pollack
Matthew Skurnik
Matthew F. Sullivan
Assistant United States Attorneys
(718) 254-7000

MARGARET A. MOESER
Chief, Money Laundering, Narcotics and Forfeiture Section,
Criminal Division,
U.S. Department of Justice

Taylor G. Stout
Morgan Cohen
Jasmin Salehi Fashami
Trial Attorneys

CHRISTIAN NAUVEL
Acting Chief, Counterintelligence and Export Control Section,
National Security Division,
U.S. Department of Justice

Christopher Fenton
Trial Attorney

Encls. (by USAfx and Hard Copy/Drive)