**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NJM:AAS/MAA/MS
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 4, 2026

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Huawei Technologies Co., Ltd., et al.
Criminal Docket No. 18-457 (S-4) (AMD)

Dear Judge Donnelly:

The government respectfully submits this letter in advance of the trial scheduled in the above-referenced case for September 8, 2026. As the Court is aware, a Fourth Superseding Indictment was returned on April 17, 2026, charging the defendants with racketeering conspiracy (Count One), conspiracy to steal trade secrets (Count Two), conspiracy to commit wire fraud (Counts Three and Five), conspiracy to commit bank fraud (Count Four), bank fraud (Count Six), wire fraud (Count Seven), conspiracy to defraud the United States (Count Eight), conspiracy to violate the International Emergency Economic Powers Act ("IEEPA") (Counts Nine and Eleven), violations of IEEPA (Counts Ten and Twelve), money laundering conspiracy (Count Thirteen), and conspiracy to obstruct justice (Count Fourteen).

In an effort to streamline its case for trial, the government provides notice that at the upcoming trial it does not intend to proceed on Counts Eleven and Twelve. Accordingly, the government requests that the Court not instruct the jury on Counts Eleven and Twelve.

In addition, the government further provides notice that it does not intend to present evidence at the upcoming trial that the defendants conspired to steal trade secrets from Company

2, as alleged in paragraphs 23 to 25 and 93(b) of the Fourth Superseding Indictment, or that the conduct alleged in those paragraphs constituted a predicate racketeering act.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By: /s/
Alexander A. Solomon
Meredith A. Arfa
Robert Pollack
Matthew Skurnik
Matthew F. Sullivan
Assistant United States Attorneys
(718) 254-7000

MARGARET A. MOESER
Chief, Money Laundering, Narcotics and Forfeiture Section,
Criminal Division,
U.S. Department of Justice

Taylor Stout
Morgan Cohen
Jasmin Salehi Fashami
Trial Attorneys

CHRISTIAN J. NAUVEL
Acting Chief, Counterintelligence and Export Control Section,
National Security Division,
U.S. Department of Justice

Aaron Jennen
Trial Attorney

cc: Clerk of the Court (by ECF and Email)
Defense counsel of record (by Email)