SIDLEY JENNER&BLOCK LLP Steptoe

September 9, 2026

**Via ECF**

The Honorable Joseph A. Marutollo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: *United States v. Huawei Technologies Co., Ltd. et al.*, No. 18-cr-457 (S-4) (AMD) (JAM); Status Report re: Negotiation of Pending Motion to Compel Compliance with Revised Subpoena**

Dear Judge Marutollo:

Defendants Huawei Technologies Co., Ltd., Huawei Device USA Inc., Huawei Device Co., Ltd., and Futurewei Technologies, Inc. (collectively, "Huawei") file this status report pursuant to the Court's minute order dated September 8, 2026.

Huawei and the non-party bank have reached a resolution regarding the non-party bank's compliance with the revised subpoena described in the pending motion to compel. Dkt. No. 847. Per the entities' agreement, the non-party bank will produce records responsive to Huawei's request on a rolling basis, with production to be completed by Tuesday, September 15, 2026.

In light of this development, Huawei respectfully requests that the Court vacate the pending motion to compel without prejudice, contingent upon the non-party bank's fulfillment of its obligations.

Respectfully submitted,

*/s/ David Bitkower*
David Bitkower
Matthew S. Hellman
Katya Jestin
JENNER & BLOCK LLP
1099 New York Avenue, NW
Washington, D.C. 20001
(202) 639-6048
dbitkower@jenner.com

*/s/ Douglas A. Axel*
Douglas A. Axel
Michael A. Levy
Ellyce R. Cooper
Frank R. Volpe
Melissa Colón-Bosolet
Daniel J. Hay
SIDLEY AUSTIN LLP
787 7th Avenue
New York, NY 10019
(212) 839-5300
daxel@sidley.com

*/s/ Brian M. Heberlig*
Brian M. Heberlig
Ryan P. Poscablo
Julia Gatto
William L. Drake
Jessica I. Rothschild
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 506-3900
rposcablo@steptoe.com

*Counsel for Huawei Technologies Co., Ltd., Huawei Device USA Inc.,*
*Huawei Device Co., Ltd., and Futurewei Technologies, Inc.*