# Exhibit A

Chengdu Huawei Symantec Technologies Co., Ltd
West Zone Science Park of UESTC,
No. 88 Tianchen Road,
611731, Chengdu, PRC.
Tel: +86 28 87897639
Fax: +86 28 87897788
Website: www.huaweisymantec.com

December 14, 2009

Mr. Adam J. Szubin
Director, Office of Foreign Assets Control
United States Department of Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC 20220

Re: Chengdu Huawei Symantec Technologies Co. Ltd.:
Voluntary Self-Disclosure of Export Compliance Problems

Dear Mr. Szubin:

In accordance with the provisions of the Office of Foreign Assets Control ("OFAC") Economic Sanctions Enforcement Guidelines, 31 C.F.R. Part 501, Appendix A, as amended by 74 Fed. Reg. 57601 (November 9, 2009), Chengdu Huawei Symantec Technologies Co. Ltd. ("H-S") hereby respectfully submits an initial notification of voluntary self-disclosure of suspected indirect sales of H-S products by one or more third OEM distributors to customers located in Iran and Sudan. H-S is in the process of conducting an internal investigation of those suspected sales, and will submit to OFAC a complete report of the findings from that internal investigation upon completion thereof on or before February 28, 2010.

## 1. Background

H-S is a Chinese corporation, with its principal place of business located in Chengdu, Sichuan Province, People's Republic of China, and its manufacturing facilities located in Shenzhen, Guangdong Province, China and in Chengdu. H-S is a wholly-owned subsidiary of Huawei Symantec Technologies Co. Ltd. (HuaSy"), a Hong Kong holding company that was formed as joint venture between Huawei Technologies Co. Ltd., a Chinese corporation ("Huawei"), holding a 51 percent interest, and Symantec Corporation, a Delaware corporation ("Symantec"), holding a 49 percent interest.

DEFENSE EXHIBIT
DX-03651
18 CR 457 (AMD)

[illegible] PM 2:50

H-S is engaged in the development, manufacture and sale of network security and storage appliances and related equipment and services. The H-S products are manufactured in, and shipped from, H-S facilities in China. Most of H-S' current suite of products were originally developed in China by Huawei, and responsibility for the manufacture and distribution of those products was then transferred to H-S, in furtherance of the HuaSy joint venture, following formation of that joint venture on February 5, 2008. As a further element of the overall HuaSy joint venture project, Symantec: (i) licensed certain of its technology and software to H-S, for eventual incorporation into certain H-S products; and (ii) authorized H-S to distribute certain Symantec products to end-users within the People's Republic of China. The Symantec technology, software and products have been furnished to H-S in compliance with the requirements of the Export Administration Regulations, 15 C.F.R. Parts 730-774.

Huawei and Symantec, as the parties to the HuaSy joint venture, recognized from the outset of their joint venture discussions the importance of assuring strict compliance with the United States export controls and trade sanctions, as embodied in the Export Administration Regulations and the OFAC Economic Sanctions Regulations. For that reason, at the time that the parties established the HuaSy joint venture, Huawei and Symantec executed a Memorandum of Understanding, under the terms of which the parties agreed to: (i) treat all of the products manufactured or distributed by H-S as subject to those United States export controls and trade sanctions; and (ii) cause HuaSy and H-S to implement appropriate compliance programs and technology control plans, in order to assure compliance with United States export controls (including the prohibitions on sales to embargoed countries).

In accordance with the commitments made in the Memorandum of Understanding, H-S has focused resources on fulfilling its export control and trade compliance responsibilities. To that end, H-S adopted a detailed export compliance program, which, among other things, specifically forbids the sale or transfer of any H-S products to any embargoed country or any person or entity listed on any United States Government list of prohibited and restricted parties (including the OFAC list of specially designated nationals). H-S has established a trade compliance group, staffed by employees with experience in dealing with United States export controls and trade sanctions, in order to administer the H-S export compliance program, and to enforce compliance with the export controls and trade sanctions provisions contained in that program.

## 2. Identification of Suspected Sales of Certain H-S Products to Iran and Sudan

In the spring of 2009, H-S identified certain sales transactions that did not appear to have been handled in full conformance with the requirements of the Export Administration Regulations. In furtherance of its commitment to compliance with the United States export controls, by a letter dated May 27, 2009, H-S filed an initial notification of voluntary self-disclosure with the Office of Export Enforcement, reporting those export compliance problems.

At the time that H-S filed that May 27, 2009 initial notification letter, H-S had no reason to believe that any of its products had been sold or supplied to any person or firm located in any embargoed country. Subsequently, however, H-S learned that one or more of its OEM distributors may have resold some H-S and Symantec products to customers located in Iran and Sudan. For that reason, H-S is amending its May 27, 2009 initial notification to the Office of Export Enforcement, and concurrently respectfully submits this initial notification of voluntary self-disclosure to OFAC.

The internal investigation mandated by the H-S Board of Directors is ongoing, and, as noted above, H-S will submit a complete report of the findings from that internal investigation as soon as it is completed. H-S preliminary findings from that internal investigation suggest:

1. The H-S internal sales records show that H-S did not make any direct sales or shipments of any products to any customer located in an embargoed country. The H-S order processing system is configured so that any proposed transaction involving a "sold to" or "ship to" address in an embargoed country cannot be entered, and the H-S trade compliance team would immediately block any other transaction that included as a party to the transaction any person or entity located in an embargoed country.

2. With the exception of the Symantec products that H-S supplied to the OEM distributors, ostensibly for resale and distribution in China, the H-S products in question were developed and manufactured in China. As such, at least some (or most) of those products may not be within the jurisdictional scope of the export/reexport prohibitions set forth in the Iranian Transactions Regulations and the Sudanese Sanctions Regulations, respectively.

3. None of the H-S sales employees is a "United States person" within the meaning of the Iranian Transactions Regulations and the Sudanese Sanctions Regulations, respectively.

Thank you very much for your consideration of this initial notification of voluntary self-disclosure by H-S. As noted above, H-S' internal investigation is ongoing, and H-S therefore respectfully requests a period of time, not to exceed 60 days, to complete that investigation and to prepare and submit a complete report of its findings to OFAC. In the meantime, if you should have any questions about any of the information contained in this

[redacted]



initial notification letter, please do not hesitate to contact either John E. McKenzie of the law firm of Baker & McKenzie LLP (telephone 415-576-3033; E-mail address: john.f.mckenzie@bakernet.com); or Edward M. Lebow of the law firm of Haynes & Boone LLP (telephone 202-654-4514; E-mail address: ed.lebow@haynesboone.com)

Respectfully Submitted,

Chengdu Huawei Symantec Technologies Co. Ltd

HUAWEI SYMANTEC APPROVED LEGAL

By: ____________________
Zhang Ping-an
Chief Operating Officer

cc: Michelle C. VonderHaar, Esq. - H-S
Dr. Angela Ling - H-S
Edward M. Lebow, Esq. - Haynes & Boone LLP
John E. McKenzie, Esq. - Baker & McKenzie LLP

# First Class Mail

BAKER & McKENZIE

815 Connecticut Avenue, NW
Washington, DC 20006-4078, USA

Insp. 010

Mr. Adam J. Szubin
Director, Office of Foreign Assets Control
United States Department of Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC 20220