# Exhibit E

DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

# NO ACTION LETTER

ENF 22663

JUN 27 2012

Zhang Ping-an
Chief Operating Officer
Chengdu Huawei Symantec Technologies Co. Ltd.
West Zone Science Park of UESTC
No. 88 Tianchen Road
611731, Chengdu, PRC

Dear Mr. Ping-an:

Thank you for your letters dated December 14, 2009, February 26, 2010, April 20, 2010, May 17, 2010, and March 17, 2011, to the Office of Foreign Assets Control ("OFAC"), regarding Chengdu Huawei Symantec Technologies Co. Ltd.'s potentially prohibited activities pursuant to the Iranian Transactions Regulations, 31 C.F.R. part 560, and the Sudanese Sanctions Regulations, 31 C.F.R. part 538.

This letter is notice that we are closing this file without taking any further action. A no-action determination represents a final determination regarding the investigation, unless OFAC later learns of other relevant facts.

If you have any questions regarding this matter, please call Ms. Julie M. Malec, Enforcement Officer, at (202) 622-1984.

Sincerely,

Elton A. Ellison
Acting Enforcement Section Chief
Office of Foreign Assets Control

cc: John F. McKenzie, Baker & McKenzie LLP

DEFENSE EXHIBIT
DX-03664
18 CR 457 (AMD)