# Exhibit G

UNITED STATES DEPARTMENT OF COMMERCE
Bureau of Industry and Security
Office of Export Enforcement
San Jose Field Office
160 W. Santa Clara Street, Suite 725
San Jose, California 95113
Tel: (408) 291-4204
Fax: (408) 291-4320

May 12, 2010

Michelle Curtis Vonderhaar, General Counsel
Huawei Symantec Technologies Co., Ltd.
Bldg. No. 5, Vision Park
Southern Technological Park
513057 Shenzhen
Peoples Republic of China
86 755 36837975

In reply refer to Case Number: EE/01000985/09

Dear Ms. Vonderhaar:

The Bureau of Industry and Security (BIS), Office of Export Enforcement (OEE), is responsible for the enforcement of the Export Administration Act of 1979, as amended (EAA), and the Export Administration Regulations (EAR). OEE investigates violations of the EAA and EAR and pursues penalties, both criminal and administrative, that can result from violations of the EAA and EAR.

BIS appreciates the submission of Chengdu Huawei Symantec Technologies Co., Ltd.'s Voluntary Self Disclosure. Voluntary Self Disclosures are an important indicator of a company's intent to bring itself into compliance with the EAR, and are considered a "great weight" mitigating factor in the settlement of BIS administrative cases.

OEE has reviewed the letters, dated May 27, 2009, February 26, 2010 and April 16, 2010, submitted as a Voluntary Self Disclosure pursuant to Section 764.5 of the EAR. Based on the facts and circumstances known at this time, BIS has determined that there were no violations for: the in-country transfer of products classified under Export Control Classification Number (ECCN) 5A002/unrestricted; for the export and in-country transfer of products classified under ECCN 5A002/ENC-Restricted including Chinese government end-users; for the export of Chengdu Huawei Symantec Technologies Co., Ltd products incorporated into Huawei systems (below de minimis level for embargoed countries – Section 734.4 of the Regulations), which were sold by third party resellers to companies in Iran and Syria; the loan to International Turnkey Systems of Chengdu Huawei Symantec Technologies Co., Ltd.'s OceanStor data storage equipment, which might have been temporarily reexported to Sudan and finally the release of technology and/or technical assistance by Chengdu Huawei Symantec Technologies Co., Ltd.'s


Discovery Materials - Subject to Protective Order

employees while in Iran and Sudan as reported in the VSD . Therefore, OEE is closing its file on Chengdu Huawei Symantec Technologies Co., Ltd.'s disclosure regarding the above matters and no further action will be taken.

Should you desire additional information regarding compliance with the EAA and EAR, information may be found on the BIS website at www.bis.doc.gov . Assistance on export licensing may be obtained from BIS' Office of Outreach and Educational Services in Washington, DC at (202) 482-4811, or from BIS' Western Regional Office in Newport Beach, California at (949) 660-0144.

If you have any questions regarding the findings of this investigation, please contact the Special Agent in Charge identified below. If you have any questions about the EAA or EAR, or their applicability to your export activities, please contact BIS' Office of Outreach and Educational Services or Western Regional Office.

Sincerely,

For: 5/12/10

Julie L Salcido
Special Agent in Charge
Office of Export Enforcement
San Jose, CA
(408) 291-4204

*BIS Office of Export Enforcement: Keeping the most sensitive goods out of the most dangerous hands.*
*To Report Export Violations: 1-800-424-2980 or www.bis.doc.gov*

cc: John McKenzie, Attorney
Baker & McKenzie LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Phone: 415-576-3000



Discovery Materials - Subject to Protective Order