# Inner City Press

*** Filed ***
09:54 AM, 19 Sep, 2026
U.S.D.C., Eastern District of New York

September 18-19, 2026

Via E-mail to Chambers

Hon. Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201

Re: Press application to Unseal the Government's Motion to Close the Courtroom and Supporting/Opposing Briefing in US v. Huawei Technologies Co., Ltd., 1:18-cr-00457 (AMD) (JAM) (ECF Nos. 789, 812, 815, 862, 863); Request for Narrower Closure

Dear Judge Donnelly:

I have been reporting on the Huawei case for Inner City Press and write regarding the Court's September 18, 2026 text-only order granting the government's motion to close the courtroom for the testimony of three witnesses.

**As an initial matter:** Inner City Press and I ask that the government's motion itself, and all supporting and opposing briefing (ECF Nos. 789, 812, 815, 862, 863), be unsealed, even if the Court concludes that some portion of the closed testimony itself must remain protected.

The public's interest in observing the judicial process by which a courtroom is closed is independent of, and does not depend on, access to the underlying testimony the closure protects. A court may have compelling reasons to close a courtroom for specific testimony while having no comparable reason to seal the legal arguments the parties made about whether to close it. *See Press-Enterprise Co. v. Superior Court*, 478 U.S. 1, 13-14 (1986); *Waller v. Georgia*, 467 U.S. 39, 48 (1984) (closure must be "no broader than necessary to protect" the interest identified, and the trial court must consider reasonable alternatives). Sealing the arguments for closure, on top of the closure itself, forecloses the public's ability to assess whether the standard these cases require was actually satisfied — precisely the harm this Circuit has recognized in the context of sealed docket materials generally. See *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006).

Inner City Press: In-house SDNY: Room 480, 500 Pearl Street, NY NY 10007
E-mail: Matthew.Lee@innercitypress.com - Tel: 718-716-3540
Regular Mail: Chinatown Station, Box 130222, New York, NY 10013

**Second, Inner City Press and I ask that the closure itself be no broader than necessary.** The Court's order describes the closure as "tailored" through the provision of redacted transcripts "as soon as possible" after each witness's testimony. Inner City Press respectfully submits that after-the-fact transcript access, however prompt, is not equivalent to contemporaneous public and press access, and asks that the Court consider, as a further tailoring measure, whether a live audio feed to an overflow room, or the admission of a limited press pool during the closed testimony, would adequately protect whatever interest justifies closure while preserving some contemporaneous public access, consistent with the "no broader than necessary" standard.

**Third**, Inner City Press and I note that the Court's order states that a full opinion setting forth the Court's reasoning "in detail" will follow, and respectfully requests that this opinion be issued publicly, in full, given that it will necessarily explain the basis for a decision of substantial public interest in a case that has drawn sustained national attention. If the Court is amendable to oral argument on this, I would be honored to do so, any day except September 23-24.

Numerous Federal judges docket and act on Press requests such as this, routinely in SDNY (leading to the 2d Circuit, Lee v. Greenwood, 145 F.4th 248, No. 23-7432-cr, 2025 WL 2101302, https://www.courtlistener.com/docket/69090920/lee-v-greenwood/ and see, recently (Aug 7, WAWD) https://www.courtlistener.com/docket/69802986/58/united-states-v-fabiani/, (Aug 4, 2025) NDCA https://www.courtlistener.com/docket/73636209/9/sei-robotics-co-ltd-v-yildirim/ and Aug 18 (ruling) https://www.courtlistener.com/docket/73576613/39/sgt-elt-bidco-gmbh/ (July 31, 2026) CTD https://www.courtlistener.com/docket/72047553/64/united-states-v-sakal/ "Intervenor Inner City Press makes a compelling argument;" (July 17, 2026) NDIN https://storage.courtlistener.com/recap/gov.uscourts.innd.127119/gov.uscourts.innd.127119.72.0.pdf and (May 22, 2026), UMG Recordings, Inc. v. Suno, Inc. (1:24-cv-11611) District of Massachusetts (F. Dennis Saylor IV, J), " A member of the press has submitted a letter opposing the motion to impound. (Dkt. No. [233]), https://www.courtlistener.com/docket/68878608/233/umg-recordings-inc-v-suno-inc/ and Colorado (hearing on "non-party Inner City Press's responses in opposition to restriction) https://www.courtlistener.com/docket/69318033/77/jones-v-united-airlines-inc/ and Maryland (June 12, 2026) https://www.courtlistener.com/docket/72457825/22/united-states-v-rappaport/ and also in EDNY (see, e.g. https://www.courtlistener.com/docket/67935173/57/united-states-v-karony/) and 2026 https://www.courtlistener.com/docket/73591106/1/in-re-inner-city-press/ and DDC (see, e.g. https://www.courtlistener.com/docket/50260045/117/united-states-v-reffitt/ and https://storage.courtlistener.com/recap/gov.uscourts.dcd.235480/gov.uscourts.dcd.235480.19.0.pdf ("Let this be filed")

Let *this* be filed.

Inner City Press appreciates the Court's consideration of these requests.

Respectfully submitted,

/s/

Matthew Russell Lee, Esq. Inner City Press
SDNY Press Room 500 Pearl Street Room 480 NYC NY 10007
PO Box 130222, Chinatown Station, New York, NY 10013
matthew.lee@innercitypress.com | 718-716-3540

Sept 17, 2026, The Verge, "A jury was shown this video of a Huawei employee allegedly stealing T-Mobile robot parts.The video, posted by Inner City Press, was shown during the DOJ's trial against Huawei, which kicked off last week and follows the 2018 arrest of Huawei's CFO and an indictment in 2020," https://www.theverge.com/tech/997132/a-jury-was-shown-this-video-of-a-huawei-employee-allegedly-stealing-t-mobile-robot-parts

Sept 17, 2026, The Bureau, "FBI Maps Huawei's T-Mobile 'Tappy' Trail From Shenzhen to Seattle as Jury Sees Lab Video," "A 54-second exhibit, shown to the jury Wednesday and later published by Inner City Press as part of its courtroom reporting, appears to show the employee reaching behind the robot, removing a part and zipping it into a black backpack he had carried into the laboratory," https://www.thebureau.news/p/fbi-maps-huaweis-t-mobile-tappy-trail

Sept 17, 2026, Creaders.net (Chinese), "FBI agents testify in court regarding Huawei's 20-year extortion case," "A 54-second surveillance video shown that day revealed a Huawei employee reaching into the laboratory to remove a component from the Tappy robot and placing it into a black backpack. This footage had previously been publicly reported by Inner City Press, who was present at the court hearing," https://news.creaders.net/world/2026/09/17/3048464.html

Sept 16, 2026, New York Times, "Woman Admits to Fraudulent $750,000 Claim From Epstein Victims Fund," by Ben Weiser, "Inner City Press, an online outlet, earlier reported Ms. Percival's guilty plea," https://www.nytimes.com/2026/09/16/nyregion/epstein-victims-fund-fraudulent-claim.html

Sept 11, 2026, The Bureau, "Former Engineer Tells Huawei Jury a Colleague Boasted of Taking Code Used in Amazon's Cloud Platform," by Sam Cooper, "Inner City Press, reporting from the courtroom, identified her employer as Futurewei Technologies, Huawei's American research-and-development," https://www.thebureau.news/p/former-engineer-tells-huawei-jury