# Exhibit B

HUAWEI



# Media Statement on Meng Wanzhou's DPA with the US DOJ

We look forward to seeing Meng Wanzhou returning home safely to be reunited with her family. Huawei will continue to defend itself against the allegations in the US District Court for the Eastern District of New York.



©2022 Huawei Technologies Co., Ltd.



DEFENSE EXHIBIT
DX-03726
18 CR 457 (AMD)

DX-03726-0001